HAREL TALASAZAN Esq.
**520 N KINGS ROAD APT 305**
**LOS ANGELES, CA 90048**
HARELTALA@GMAIL.COM
(310) 254 4232

FILED
IN CLERKS OFFICE
2022 DEC 12 PM 1: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALL RIGHTS UNDER THE LAWS OF AND WITHIN THE UNITED STATES OF AMERICA RESERVED

VIA USPS FIRST CLASS MAIL
12/04/2022 WHERE THERE IS A CONFLICT, IF ANY, WITH THE FOREGOING DATE AND DECEMBER 5, 2022: DECEMBER 5, 2022 SHALL CONTROL.

Re: CORRECTION REGARDING CERTIFIED MAIL RECEIPT AND TRACKING NUMBER, AS WELL AS ADDRESS OF ONE ADDRESSEE NOTICE ENCLOSED

TO ALL WHOM IT MAY CONCERN:

With regard to the mail pieces so mailed December 2, 2022, a copy of the cover letters of which is enclosed, please take notice of the corrections as follows:

1. With regard to the tracking number of the addressee below:

    BOARD OF BAR OVERSEERS
    ATTN: JOSPEH BERMAN, GENERAL COUNSEL
    99 HIGH STREET 2ND FLOOR
    BOSTON, MA 02110

    7022 0410 0000 5162 0282

NOTE: THE TRACKING NUMBER THAT HAD BEEN PREPARED FOR MAILING HAD BEEN MISPLACED OR LOST AT THE TIME OF MAILING AT THE POST OFFICE, REQUIRING A NEW CERTIFIED MAIL RECEIPT AND TRACKING NUMBER TO BE PREPARED AT SAID POST OFFICE AT THE TIME SO MAILED, WHICH THE UNDERSIGNED HAD DONE. THE FOREGOING TRACKING NUMBER IS THE CORRECT ONE SO MAILED AND DATED ON DECEMBER 2, 2022.

2. With regard to the addressee below, please see the corrections **bolded and underlined**:

    MICROSOFT CORPORATION
    **ONE** MICROSOFT WAY
    REDMOND, WA 98052 USA

    *[signature]*

Enclosures: (1) CERTIFIED MAIL RECEIPT, 1 PAGE
(2) COVER LETTER SO MAILED, 3 PAGES

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Boston, MA 02110   OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.00 | 0048 29 |
| | $3.25 | |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $12.60 | 12/02/2022 |
| Total Postage and Fees | $19.85 | |

Sent To: Board of Bar Overseers Attn: Joseph Berm
Street and Apt. No., or PO Box No.: 99 High Street 2ND FLOOR
City, State, ZIP+4®: Boston, MA 02110 USA

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 2022 2740 0000 5192 2282

HAREL TALASAZAN Esq.
**520 N KINGS ROAD APT 305**
**LOS ANGELES, CA 90048**
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS UNDER THE LAWS OF AND WITHIN THE UNITED STATES OF AMERICA RESERVED

12/02/2022

Re: NOTICE ENCLOSED

TO ALL WHOM IT MAY CONCERN:

SUBJECT TO AND NOTWITHSTANDING ALL RIGHTS SO RESERVED: REFERENCE IS MADE TO each and every page of each and every document enclosed, and therein each and every page of each and every document made referenced to or incorporated therein, as broadly and categorically as it can apply, is referenced to and incorporated herein.

ANY DOCUMENT SENT, RECEIVED, AND AUTHORIZED FOR EXCHANGING INFORMATION AND/OR DISCLOSURE IS MADE REFERENCED TO AND INCORPORATED AS IF FULLY SET FORTH HEREIN.

Please be advised that due to difficult and emerging circumstances, the enclosed NOTICE could not have been sent on the date typed, and instead it is being mailed on the above referenced date so mailed.

Via USPS CERTIFIED PRIORITY Mail Tracking No.   7017 1450 0002 2019 2315
-RETURN RECEIPT REQUESTED
APPLE, INC.
Attn: Legal Department
ONE APPLE PARK WAY
CUPERTINO, CA 95014 USA

COPY: VIA USPS CERTIFIED PRIORITY Mail Tracking No.   7020 0640 0001 9989 6816
-RETURN RECEIPT REQUESTED
The Goldman Sachs Group, Inc. including but not limited to its subsidiaries, successors, affiliates, agents, or assigns
200 West Street
New York, N.Y. 10282 USA

COPY: VIA USPS CERTIFIED PRIORITY Mail Tracking No.   7017 1450 0002 2019 2254
-RETURN RECEIPT REQUESTED
Ms. Haley Currie, Docket Clerk
One Courthouse Way Suite 2300

ston, MA 02210 USA

OPY: VIA USPS CERTIFIED PRIORITY Mail Tracking No. ___7017 1450 0002 2019 2322___
RETURN RECEIPT REQUESTED

pple, Inc.
ttn: Rob Colledge, Project Manager
35 North Mary Avenue
unnyvale, CA 94085 USA

COPY: VIA USPS CERTIFIED PRIORITY Mail Tracking No. ___7022 0410 0001 5970 4860___
RETURN RECEIPT REQUESTED
CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY STOP 0380
DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LANE
WASHINGTON, D.C. 20528-0380

COPY: VIA USPS CERTIFIED PRIORITY Mail Tracking No. ___7022 0410 0001 5970 487_
-RETURN RECEIPT REQUESTED
THE HONORABLE ATTORNEY GENERAL MERRICK GARLAND
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530 USA

BCC

*Harel Talasazan*

ENCLOSURES

SUBJECT TO ALL RIGHTS SO RESERVED: [UPDATED/AMENDED] CERTIFICATE OF SERVICE

I, HAREL TALASAZAN, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS SERVED UPON THE PERSON LISTED BELOW BY USPS CERTIFIED PRIORITY MAIL RETURN RECEIPT REQUESTED ON DECEMBER 2, 2022.

DOROTHY ANDERSON — 7022 0410 0001 5970 4884
466 LOWELL AVENUE
NEWTON, MA 02460 USA

MATTHEW STEWART — 7022 0410 0001 5970 4891
37 FLORENCE STREET APARTMENT 3
SOMERVILLE, MA 02145-4306 USA

OFFICE OF THE BAR COUNSEL — 7022 0410 0001 5970 4907
ATTN: RODNEY S. DOWELL, BAR COUNSEL
99 HIGH STREET 2ND FLOOR
BOSTON, MA 02110 USA

BOARD OF BAR OVERSEERS — 7022 0410 0001 5970 4914
ATTN: JOSEPH BERMAN, GENERAL COUNSEL
99 HIGH STREET 2ND FLOOR
BOSTON, MA 02110 USA

MICROSOFT CORPORATION — 7022 0410 0001 5970 4921
ONW MICROSOFT WAY
REDMOND, WA 98052 USA [ADDITIONAL ENC.]

*[signature: Harel Talasazan]*