Received 12/12/2022 at or about 8:28 PM pacific standard time. /HT/

HAREL TABASAZAN
520 N KINGS ROAD APT 305
† LOS Angeles, CA 90048
    Turn over →

+Neopost is a defunct and Converted entity whose treasurer is based in France. See 18 U.S. CODE §1341.

/s/ Harel Tabibzadan
04/04/2022