UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:22-cv-11764-DJC

---

HAREL TALASAZAN,

Plaintiff,

v.

MICROSOFT CORPORATION; OFFICE OF BAR
COUNSEL; BOARD OF BAR OVERSEERS;
DOROTHY ANDERSON; MATTHEW STEWART;
AND DOES 1-25,

Defendants.

---

## DEFENDANTS' JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING

Now come the Defendants in the above-captioned matter and jointly move this Court to enlarge the time within which each defendant may file a responsive pleading, in response to the Plaintiff's Amended Complaint, up to and including March 13, 2023.  As reasons therefor, the Defendants attach and rely on the Affidavit of Paul B. Lewis, Esq. In Support of Defendant Microsoft Corporation's Motion To Enlarge Responsive Pleading Deadline and the Affidavit of David R. Marks.

Due to the press of other business, the recent receipt of the Amended Complaint and its very large size, and other circumstances personal to Defendant's counsel, the enlargement of time to file a responsive pleading to March 13, 2023 is necessary.

Respectfully submitted,

OFFICE OF BAR COUNSEL, BOARD OF BAR
OVERSEERS, DOROTHY ANDERSON,
MATTHEW STEWART,

By their attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ David R. Marks

_____
David R. Marks, BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
David.Marks@mass.gov

MICROSOFT CORPORATION

By its attorney,

 /s/ Paul B. Lewis_____

Paul B. Lewis (BBO No. 690793)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Tel:  617.406.6000//Fax:  617.406.6100
Paul.lewis@dlapiper.com

January 25, 2023

## CERTIFICATE OF SERVICE AND COMPLIANCE

        I certify that the Defendants' Joint Motion To Enlarge Time To File Responsive Pleading has been sent this day via email and by first class mail, postage prepaid, to plaintiff and that I have conferred with plaintiff, pursuant to Local Rule 7.1, in an attempt to narrow or resolve the issue presented by the motion:

Harel Talasazan
520 N Kings Road, Apt. 305
Los Angeles, CA 90048
hareltala@gmail.com

                                    /s/ David R. Marks

                                    _____
                                    David R. Marks
January 25, 2023

2