UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:22-cv-11764-DJC

| | |
|---|---|
| HAREL TALASAZAN,<br><br>   v.<br><br>MICROSOFT CORPORATION; OFFICE OF BAR COUNSEL; BOARD OF BAR OVERSEERS; DOROTHY ANDERSON; MATTHEW STEWART; AND DOES 1-25, | Plaintiff,<br><br><br><br><br><br>Defendants. |

## **AFFIDAVIT OF DAVID R. MARKS**

I, David R. Marks, hereby depose and state the following:

1. I am an Assistant Attorney General and a member in good standing of the Bar of the Commonwealth of Massachusetts. I have been assigned to represent the State Defendants in this matter: Office of Bar Counsel, Board of Bar Overseers, Dorothy Anderson, and Matthew Stewart.

2. On January 17, 2023, I received by certified mail from the Plaintiff the Summons and Amended Complaint in this matter. With attachments and Exhibits, the papers amounted to just over 700 pages.

3. I have been in contact with the Plaintiff since I received the Amended Complaint. Since then, the Plaintiff has sent me a large number of additional pages of material that he felt it important for me to review.

4. In addition to this matter, I am assigned to represent state agencies in a variety of pending matters, including handling dispositive motions in several matters in the Superior Courts of the Commonwealth, conducting discovery in several matters

pending in the Superior Courts, and working on drafting briefs in three matters pending in the Massachusetts Appeals Court.

**5.**  In order to respond to the Amended Complaint, I will need to consult with my clients and supervisory staff internally in the Attorney General's Office, research the legal issues raised, and conduct any appropriate inquiries and investigations.  I will require additional time to complete these tasks, and request this Court enlarge the time within which the State Defendants may file a responsive pleading, in response to the Plaintiff's Amended Complaint, up to and including March 13, 2023.

Signed under the penalties of perjury this 25th day of January, 2023.

/s/ David R. Marks

_____
David R. Marks, BBO No. 548982
Assistant Attorney General

January 25, 2023