UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAREL TALASAZAN §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>MICROSOFT CORPORATION, OFFICE §<br>OF BAR COUNSEL; BOARD OF BAR §<br>OVERSEERS; DOROTHY ANDERSON, §<br>MATTHEW STEWART; AND DOES 1-25 §<br>    Defendants. § | CIVIL ACTION NO. 1:22-CV-11764-DJC |

**AFFIDAVIT OF PAUL B. LEWIS, ESQ. IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION TO ENLARGE RESPONSIVE PLEADING DEADLINE**

I, Paul B. Lewis, Esq. (the "Undersigned Counsel") hereby state as follows:

1. I am an Associate with the law firm of DLA Piper LLP (US) in Boston, Massachusetts and I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I represent the Defendant Microsoft Corporation ("Microsoft") and I make the following statements based upon my personal knowledge.

2. With a responsive pleading deadline of January 30, 2023, Microsoft now seeks an extension of forty-five (45) days from the date that this motion will be filed.

3. The reasons for this request are as follows:

- The Undersigned Counsel received first received the amended complaint on Sunday, January 22, 2023.

- The Undersigned Counsel seeks additional time to confer with his client about strategy, to investigate the existence of affirmative defenses, and to analyze the viability of both evidentiary and non-evidentiary motions.

- The Undersigned Counsel underwent surgery within the past several months. Although recovered for the most part, the Undersigned Counsel is still undergoing a rigorous daily course of physical therapy.

- The Undersigned Counsel is currently completing briefing in the Massachusetts Appeals Court on another matter.

- Now back at a full-time schedule at work, the Undersigned Counsel represents parties in several other active matters in a variety of jurisdictions.

Signed under the pains and penalties of perjury this 25th day of January, 2023.

Dated: January 25, 2023

_____
Paul B. Lewis