HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+[1]LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

FILED
IN CLERKS OFFICE

2023 JAN 30 PM 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

01/25/2023

Via USPS First Class Mail and via e-mail
DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447
Paul.lewis@dlapiper.com

Re:  Civil Action No. 1:22-CV-11764
     Notice Regarding Lack of ECF Access

Attorney Lewis:

I hope this finds you well. With regard to the above
referenced case, please be advised that I do not have
access to the ECF system. If I am a recipient for any
notice or document in regard to the above referenced case,
kindly e-mail and mail at the addresses above.

_____
                Harel Talasazan

CC David Marks
CC Haley Currie
BCC AT A LATER DATE IS EXPRESSLY RESERVED

---

[1] "+" and/or " † " means and/or signifies ALL RIGHTS,
REMEDIES, OBLIGATIONS, ENDORSEMENTS, INDORSEMENTS,
RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES, AND IMMUNITIES
INCLUSIVELY IS RESERVED UNDER THE LAWS OF, AND WITHIN, THE
UNITED STATES OF AMERICA

Harel Talesazan, Esq.
520 N KINGS ROAD APT 305
✝ LOS ANGELES, CA 90048



SCREENED

UNITED STATES DISTRICT COURT
- FOR THE DISTRICT OF MASSACHUSETTS
Attn: HALEY CURRIE, DOCKET CLERK
ONE COURTHOUSE WAY SUITE 2300
BOSTON, MA    02210  USA

02210$3025 C079