FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

2023 FEB -6 PM 8: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HAREL TALASAZAN<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>OFFICE OF BAR COUNSEL,<br>BOARD OF BAR OVERSEERS,<br>DOROTHY ANDERSON,<br>MATTHEW STEWART, and<br>DOES 1-25<br><br>Defendants. | Civil Action No. 1:22-CV-11764-DJC<br><br>PLAINTIFF'S MOTION TO SUPPLEMENT EXHIBIT 5 OF THE PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING |

Plaintiff Harel Talasazan ("Talasazan"), moves to supplement "EXHIBIT 5" of the PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING (EXHIBIT 5).

**GROUNDS FOR supplementing "EXHIBIT 5" of the PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

The grounds for Talasazan supplementing Exhibit 5:

1. Talasazan makes reference to the supplement "EXHIBIT 5" of the PLAINTIFF'S

MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING.

2. In the course of events relating to the instant case, Talasazan has been subject to the obfuscation of the (contents of, or writings on) document(s) electronically stored and electronically stored information. As such, Talasazan is reasonably apprehensive to retrieve or access his storage devices or hard drives which is needed to print for filing documents in the instant case. With regard to EXHIBIT 5, the correspondence needs to be supplemented.

3. Talasazan supplements, in **bold and underlined**, EXHIBIT 5 on page 4 of PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING, as follows: **EXHIBIT 5.1, 5.2, AND 5.3**.

4. Said **EXHIBIT 5.1, 5.2, AND 5.3** is attached herewith to so supplement EXHIBIT 5.

5. In all other regards and respects, the PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING is true and correct to the best of Talasazan's knowledge, information and belief.

///

///

///

## Conclusion

For the foregoing grounds, this Court should **ALLOW** PLAINTIFF'S MOTION TO SUPPLEMENT EXHIBIT 5 OF THE PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING.

_____
Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com

## CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the persons listed below by USPS first class or Priority mail and by e-mail on FEBRUARY 6, 2023.

DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447
Paul.lewis@dlapiper.com

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA
David.marks@mass.gov

_____
Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com