## **EXHIBIT 5.1**

 Gmail

Harel Talasazan <hareltala@gmail.com>

## BC v. Talasazan
3 messages

**June Risk** <j.risk@massbbo.org>                                    Wed, Jan 11, 2023 at 8:56 AM
To: Harel Talasazan <harel@hareltala.com>, "hareltala@gmail.com" <hareltala@gmail.com>
Cc: Dorothy Anderson <d.anderson@massbbo.org>, "Anne T. Brown" <at.brown@massbbo.org>

Dear Attorney Talasazan,

Attached please find correspondence with regard to the above matter. Please note a copy of this letter is also being sent via regular and certified mail.

Thank you.

June D. Risk

Legal Administrative Assistant

Board of Bar Overseers

99 High Street

Boston, MA   02110

617-728-8706

j.risk@massbbo.org

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

 **Talasazan - 2nd defl ltr.pdf**
149K

**Harel Talasazan** <hareltala@gmail.com>                          Wed, Jan 11, 2023 at 10:45 AM
To: david.marks@mass.gov
Cc: Harel Talasazan <harel@hareltala.com>

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305

+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232


ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS, INDORSEMENTS, RECOURSE,
PRIVELEGES, RECOUPMENTS, BOUNTIES, AND IMMUNITIES INCLUSIVELY IS
RESERVED UNDER THE LAWS OF, AND WITHIN, THE UNITED STATES OF AMERICA


1/9/2023


Via USPS First Class Mail


Board of Bar Overseers
Attn: June Risk, Legal Administrative Assistant
99 High Street
Boston, MA 02110 USA

Re: **Case: 1:22-cv-11764-DJC**
    **United States District Court**
        **For the**
    **District of Massachusetts**
    **OBJECTION**

[Quoted text hidden]

--
Harel Talasazan

---

**3 attachments**

📄 **70222410000088288794.pdf**
17K

📄 **Talasazan - 2nd defl ltr.pdf**
149K

📄 **70222410000088288879.pdf**
17K

---

**Harel Talasazan** <hareltala@gmail.com>       Wed, Jan 11, 2023 at 11:43 AM
To: david.marks@mass.gov


On Wed, Jan 11, 2023 at 1:45 PM Harel Talasazan <hareltala@gmail.com> wrote:
HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232


ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS, INDORSEMENTS,
RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES, AND IMMUNITIES INCLUSIVELY
IS RESERVED UNDER THE LAWS OF, AND WITHIN, THE UNITED STATES OF AMERICA

1/9/2023

**Via E-Mail to** david.marks@mass.gov
**Copy Via** USPS First Class Mail

Re: **Case: 1:22-cv-11764-DJC**
   **United States District Court**
        **For the**
   **District of Massachusetts**
   **OBJECTION**

On Wed, Jan 11, 2023 at 11:56 AM June Risk <j.risk@massbbo.org> wrote:

Dear Attorney Talasazan,

Attached please find correspondence with regard to the above matter. Please note a copy of this letter is also being sent via regular and certified mail.

Thank you.

June D. Risk

Legal Administrative Assistant

Board of Bar Overseers

99 High Street

Boston, MA   02110

617-728-8706

j.risk@massbbo.org

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

--
Harel Talasazan

Apologies Attorney Marks:

Apologies, I sent the e-mail hastily. Please see the corrections **bold and underlined** above. In addition, please see the document attached herewith.

Sincerely Yours:

/HT/
Harel Talasazan

 **1.11.23.11764.marks.esq..pdf**
1244K

"Talasazan – 2nd defl ltr.pdf"

# BOARD OF BAR OVERSEERS

*of the Supreme Judicial Court*
99 HIGH STREET
BOSTON, MASSACHUSETTS 02110
617-728-8700
Fax: 617-482-8000
massbbo.org

BOARD OF BAR OVERSEERS
PAULA M. BAGGER, CHAIR
JESSE M. BOODOO, VICE CHAIR
RITA BALIAN ALLEN
MANISHA H. BHATT
R. MICHAEL CASSIDY
ELISABETH O. da SILVA
FRANK E. HILL, III
DAVID B. KRIEGER, M.D.
ERNEST L. SARASON, JR.
RICHARD C. VAN NOSTRAND
A. CLARISSA WRIGHT
AZIZAH P. YASIN

GENERAL COUNSEL
JOSEPH S. BERMAN

ASSISTANT GENERAL COUNSEL
JEFFREY D. WOOLF
MERLE R. HASS
ERIN HOWARD

LEGAL PROGRAM MANAGER
MICHELLE YU

DIRECTOR OF DIVERSITY,
EQUITY & INCLUSION
RICHARDSON PIERRE-LOUIS

EXECUTIVE DIRECTOR
GREGORY J. WENGER

January 11, 2023
Via email, certified and regular mail

Harel Talasazan, Esq.
520 N. Kings Road, Apt. 305
West Hollywood, CA 90048
hareltala@gmail.com

Harel Talasazan, Esq.
Law Office of Harel Talasazan
P.O. Box 6252
Boston, MA 02114
harel@hareltala.com

Re:    Bar Counsel, Petitioner v. Harel Talasazan, Esq., Respondent;
       BBO File No. C1-21-00269786

Dear Attorney Talasazan:

Determination of the appropriate discipline in this matter will be made by the Board on the basis of the documents in the file. See Rules of the Board of Bar Overseers, § 3.15(e), (f) and (g).

The matter has been placed on the agenda of the Board to be considered at a meeting expected to take place on March 13, 2023. The Board's deliberations are not open to the public or the parties. See Rules of the Board of Bar Overseers, § 3.22.

Harel Talasazan, Esq.
January 11, 2023
Page 2


      The parties may file briefs confined to the issue of disposition within fourteen days of this letter.

                            Sincerely yours,

                            *June D. Risk*

                            June D. Risk
                            Legal Administrative Assistant


/jdr
cc:  Dorothy Anderson, Esq.
 First Class and Certified Mail
 # 7019 0160 0000 7752 1376
 # 7019 0160 0000 7752 1383

"7022 2410 0000 8828 8794.pdf"

 **UNITED STATES POSTAL SERVICE**

January 11, 2023

Dear Harel Talasazan:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0000 8828 8794**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 11, 2023, 10:10 am |
| **Location:** | BOSTON, MA 02110 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 7lb, 14.0oz |

| Recipient Signature | |
|---|---|

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

"7022 2410 0000 8828 8879.pdf"

 **UNITED STATES POSTAL SERVICE**

January 11, 2023

Dear Harel Talasazan:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 2410 0000 8828 8879**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 11, 2023, 10:10 am |
| **Location:** | BOSTON, MA 02110 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8lb, 1.0oz |

## Recipient Signature

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

"1.11.23.11764.marks.esq..pdf"

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

1/9/2023

Via USPS Certified Mail
-Tracking No.     7022 2410 0003 0649 5522

-Return Receipt Requested

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA

Re:  **Case: 1:22-cv-11764-DJC**
     **United States District Court**
              **For the**
     **District of Massachusetts**
     **OBJECTION**

Attorney Marks:

Objection. The Court issued an order in regard service on
Defendants in the above referenced case. The Defendants
have been SERVED with the Summons and Amended Complaint
today, before the e-mail and letters sent by Ms. June Risk
was sent. Please contact me as soon as possible in regard
to this issue.


Sincerely Yours:

Harel Talasazan


Enclosures

BCC AT A LATER DATE IS EXPRESSLY RESERVED

1

CM/ECF - USDC Massachusetts - Version 1.7.1 as of 10/8/2022          https://mad-ecf.sso.dcn/cgi-bin/DktRpt.pl?822667493996703-L_1_0-1

ProSe

### United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:22-cv-11764-DJC

| | |
|---|---|
| Talasazan v. Microsoft Corporation et al | Date Filed: 10/14/2022 |
| Assigned to: Judge Denise J. Casper | Jury Demand: None |
| Cause: 12:3410 Right to Financial Privacy Act | Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

Harel Talasazan                                            represented by  **Harel Talasazan**
520 N Kings Rd.
Apt. 305
West Hollywood, CA 90048
(310) 254-4232
Email: hareltala@gmail.com
PRO SE

V.

**Defendant**

Microsoft Corporation

**Defendant**

Office of Bar Counsel

**Defendant**

Board of Bar Overseers

**Defendant**

Dorothy Anderson

**Defendant**

Does 1-10

**Defendant**

Matthew Stewart

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2022 | 1 | COMPLAINT against All Defendants, filed by Harel Talasazan. (Attachments: # 1 Civil Cover Sheet & Category Form, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(de Oliveira, Flaviana) (Entered: 10/14/2022) |

| | | |
|---|---|---|
| 10/14/2022 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Finn, Mary) (Entered: 10/14/2022) |
| 10/14/2022 | 3 | Summons Issued as to Dorothy Anderson, Board of Bar Overseers, Does 1-10, Microsoft Corporation, Office of Bar Counsel. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (de Oliveira, Flaviana) (Entered: 10/14/2022) |
| 10/14/2022 | 4 | Filing fee/payment: $ 402.00, receipt number 100000673 for 1 Complaint (Phillips, Sophie) (Entered: 10/14/2022) |
| 11/02/2022 | 5 | Summons Issued as to Matthew Stewart. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 11/02/2022) |
| 11/02/2022 | 6 | FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF against Does 1-25, Board of Bar Overseers, Office of Bar Counsel, Matthew Stewart, Microsoft Corporation, Dorothy Anderson, filed by Harel Talasazan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 - Part 1, # 5 Exhibit 4 - Part 2, # 6 Exhibit 4 - Part 3, # 7 Exhibit 4 - Part 4, # 8 Exhibit 5 - Part 1, # 9 Exhibit 5 - Part 2, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12 - Part 1, # 17 Exhibit 12 - Part 2, # 18 Exhibit 13, # 19 Exhibit 14)(Paine, Matthew) (Entered: 11/03/2022) |
| 11/07/2022 | 10 | Letter/request (non-motion) from Harel Talasazan. (Dore, Samantha) (Entered: 11/09/2022) |
| 11/08/2022 | 7 | NOTICE of Inability to Electronic Service of Complaint, Return of Summonses by Harel Talasazan (Dore, Samantha) (Additional attachment(s) added on 11/8/2022: # 1 Amended Complaint) (Dore, Samantha). (Entered: 11/08/2022) |
| 12/05/2022 | 11 | NOTICE by Harel Talasazan (Currie, Haley) (Entered: 12/06/2022) |
| 12/09/2022 | 12 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting in part and denying in part 8 Motion "Plaintiff Harel Talasazans Ex-Parte Motion for Clerk to Reissue Summonses, D. 8, is ALLOWED in part only to the extent that summonses shall reissue as to the named defendants: Microsoft Corporation, Office of Bar Counsel, Board of Bar Overseers, Dorothy Anderson, and Matthew Stewart. Talasazan shall have ninety days from the reissuance of summonses to serve these defendants. Summonses are issued in blank and are completed by Talasazan. The Clerk is directed to mail five summonses to Talasazan. Summonses as to "Doe" Defendants are vacated and no summonses shall issue as to those defendants unless and until they are identified, and if permitted to be joined in this action. See Fed. R. Civ. P. 15(a)(1)(2). All other and further relief is DENIED. While Talasazan is proceeding pro se, he is also a licensed attorney in Massachusetts. He is therefore presumed to have a basic knowledge of the Federal Rules of Civil Procedure, including Rule 4, and even though proceeding pro se, must follow the Federal Rules of Civil Procedure and the Local Rules of this Court. See Local Rule 83.5.5(d) ( A pro se party is required to comply with these local rules.). Talasazan is directed to Rule 4, which relates to service of process: the summons and complaint. Fed. R. Civ. P. 4(c)(1). Service of process under Rule 4 is not performed electronically and it is not undertaken by the Clerk. See Fed. R. Civ. P. 4(c)(2). Specifically, service on an individual is referenced in Rule 4(e), and state government at Rule 4(j)(2). The Court observes that these provisions provide that service may be accomplished under State law provisions as well. See id. A review of the docket indicates that, while summonses have issued as to the named defendants previously, see D. 3, 5, there is no indication on the docket that any defendant has been properly served, and none have appeared in this action. While the Court can point Talasazan to the Federal Rules, it is ultimately Talasazans responsibility to serve the defendants in accordance with the Federal Rules of Civil Procedure and Local Rules of this |

| | | Court, including Fed. R. Civ. P. 4 and Local Rule 4.1." (PSSA, 5) (Entered: 12/09/2022) |
|---|---|---|
| 12/09/2022 | 13 | Summons Reissued as to All Defendants. Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service. (Currie, Haley) (Entered: 12/09/2022) |

United States District Court

District of Massachusetts
Notice of Electronic Filing

The following transaction was entered on 12/9/2022 at 1:20 PM EST and filed on
12/9/2022
Case Name:    Talasazan v. Microsoft Corporation et al
Case Number: 1:22-cv-11764-DJC
Filer:
Document Number:   12(No document attached)


Docket Text:
Judge Denise J. Casper: ELECTRONIC ORDER entered granting in part and
denying in part [8] Motion "Plaintiff Harel Talasazans Ex-Parte Motion for Clerk
to Reissue Summonses, D. 8, is ALLOWED in part only to the extent that
summonses shall reissue as to the named defendants: Microsoft Corporation,
Office of Bar Counsel, Board of Bar Overseers, Dorothy Anderson, and Matthew
Stewart. Talasazan shall have ninety days from the reissuance of summonses to
serve these defendants. Summonses are issued in blank and are completed by
Talasazan. The Clerk is directed to mail five summonses to Talasazan.
Summonses as to "Doe" Defendants are vacated and no summonses shall issue as
to those defendants unless and until they are identified, and if permitted to be
joined in this action. See Fed. R. Civ. P. 15(a)(1)(2). All other and further relief is
DENIED. While Talasazan is proceeding pro se, he is also a licensed attorney in
Massachusetts. He is therefore presumed to have a basic knowledge of the Federal
Rules of Civil Procedure, including Rule 4, and even though proceeding pro se,
must follow the Federal Rules of Civil Procedure and the Local Rules of this
Court. See Local Rule 83.5.5(d) ( A pro se party is required to comply with these
local rules.). Talasazan is directed to Rule 4, which relates to service of process: the
summons and complaint. Fed. R. Civ. P. 4(c)(1). Service of process under Rule 4 is
not performed electronically and it is not undertaken by the Clerk. See Fed. R.
Civ. P. 4(c)(2). Specifically, service on an individual is referenced in Rule 4(e), and
state government at Rule 4(j)(2). The Court observes that these provisions provide
that service may be accomplished under State law provisions as well. See id. A
review of the docket indicates that, while summonses have issued as to the named
defendants previously, see D. 3, 5, there is no indication on the docket that any
defendant has been properly served, and none have appeared in this action. While
the Court can point Talasazan to the Federal Rules, it is ultimately Talasazans
responsibility to serve the defendants in accordance with the Federal Rules of
Civil Procedure and Local Rules of this Court, including Fed. R. Civ. P. 4 and
Local Rule 4.1." (PSSA, 5)



 **UNITED STATES**
**POSTAL SERVICE**

January 11, 2023

Dear Harel Talasazan:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 2410 0000 8828 8879**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 11, 2023, 10:10 am |
| **Location:** | BOSTON, MA 02110 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 8lb, 1.0oz |

**Recipient Signature**

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES**
**POSTAL SERVICE**

January 11, 2023

Dear Harel Talasazan:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 2410 0000 8828 8794**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 11, 2023, 10:10 am |
| **Location:** | BOSTON, MA 02110 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 7lb, 14.0oz |

**Recipient Signature**

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# BOARD OF BAR OVERSEERS
### *of the Supreme Judicial Court*
#### 99 HIGH STREET
#### BOSTON, MASSACHUSETTS 02110

| | |
|---|---|
| **BOARD OF BAR OVERSEERS**<br>PAULA M. BAGGER, CHAIR<br>JESSE M. BOODOO, VICE CHAIR<br>RITA BALIAN ALLEN<br>MANISHA H. BHATT<br>R. MICHAEL CASSIDY<br>ELISABETH O. da SILVA<br>FRANK E. HILL, III<br>DAVID B. KRIEGER, M.D.<br>ERNEST L. SARASON, JR.<br>RICHARD C. VAN NOSTRAND<br>A. CLARISSA WRIGHT<br>AZIZAH P. YASIN | |

617-728-8700
Fax: 617-482-8000
massbbo.org

**GENERAL COUNSEL**
JOSEPH S. BERMAN

**ASSISTANT GENERAL COUNSEL**
JEFFREY D. WOOLF
MERLE R. HASS
ERIN HOWARD

**LEGAL PROGRAM MANAGER**
MICHELLE YU

**DIRECTOR OF DIVERSITY,
EQUITY & INCLUSION**
RICHARDSON PIERRE-LOUIS

**EXECUTIVE DIRECTOR**
GREGORY J. WENGER

January 11, 2023
Via email, certified and regular mail

Harel Talasazan, Esq.
520 N. Kings Road, Apt. 305
West Hollywood, CA 90048
hareltala@gmail.com

Harel Talasazan, Esq.
Law Office of Harel Talasazan
P.O. Box 6252
Boston, MA 02114
harel@hareltala.com

Re:  Bar Counsel, Petitioner v. Harel Talasazan, Esq., Respondent;
BBO File No. C1-21-00269786

Dear Attorney Talasazan:

Determination of the appropriate discipline in this matter will be made by the Board on the basis of the documents in the file. See Rules of the Board of Bar Overseers, § 3.15(e), (f) and (g).

The matter has been placed on the agenda of the Board to be considered at a meeting expected to take place on March 13, 2023. The Board's deliberations are not open to the public or the parties. See Rules of the Board of Bar Overseers, § 3.22.

Harel Talasazan, Esq.
January 11, 2023
Page 2

The parties may file briefs confined to the issue of disposition within fourteen days of this letter.

Sincerely yours,

*June D. Risk*

June D. Risk
Legal Administrative Assistant

/jdr
cc:  Dorothy Anderson, Esq.
First Class and Certified Mail
# 7019 0160 0000 7752 1376
# 7019 0160 0000 7752 1383

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HAREL TALASAZAN** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:22–CV–11764–DJC** |
| **MICROSOFT CORPORATION, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*MICROSOFT CORPORATION*
*ONE MICROSOFT WAY REDMOND, WASHINGTON   98052   USA*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harel Talasazan, Esq.
520 N KINGS ROAD APT 306
LOS ANGELES, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Haley Currie

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2022–12–09 13:27:48,** Clerk USDC DMA

Civil Action No.: **1:22-CV-11764-DJC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ⬚

was received by me on (date)_____

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date)_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) :   — VIA USPS CERTIFIED MAIL TRACKING NO.
   — 7022 2410 0000 8828 8886
   — RETURN RECEIPT REQUESTED

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

01/09/2023
**Date**

*Harel Talasazan*
**Server's Signature**

HAREL TALASAZAN
**Printed name and title**

Harel Talasazan, Esq.
520 N KINGS ROAD APT 305
†LOS ANGELES, CA 90048

**Server's Address**

Additional information regarding attempted service, etc: After a diligent Search, No process Server found who would agree to Serve all Defendants with the Complaints and amended Complaints with the Summonses So Issued.

## RULE 4.1  SERVICE OF PROCESS--DISMISSAL FOR FAILURE TO MAKE SERVICE

(a)     **Time Limit.** Any summons not returned with proof that it was served within 90 days of the filing of the complaint is deemed to be unserved for the purpose of Fed. R. Civ. P. 4(m).

(b)     **Showing of Good Cause for Failure to Comply.** Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the 90-day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit. If on the 14th day following the expiration of the 90-day period good cause has not been shown as provided herein, the clerk shall forthwith automatically enter an order of dismissal for failure to effect service of process, without awaiting any further order of the court. The clerk shall furnish a copy of this local rule to counsel or pro se plaintiffs, together with the summons. Such notice shall constitute the notice required by Fed. R. Civ. P. 4(m). No further notice need be given by the court.

(c)     **Service According to State Practice.** In those cases where the Federal Rules of Civil Procedure authorize service of process to be made in accordance with state practice, it shall be the duty of counsel for the party seeking such service to furnish to the clerk forms of all necessary orders and sufficient copies of all papers to comply with the requirements of the state practice, together with specific instructions for the making of such service, if such service is to be made by the United States Marshal.

*Effective September 1, 1990; amended effective January 2, 1995; December 1, 2009; May 6, 2016.*

6



# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HAREL TALASAZAN** | |
| *Plaintiff* | |
| v. | Civil Action No.: 1:22–CV–11764–DJC |
| **MICROSOFT CORPORATION, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DOROTHY ANDERSON
466 LOWELL AVENUE
NEWTON, MASSACHUSETTS 02460 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Harel Talasazan, Esq.
> 520 N KINGS ROAD APT 305
> LOS ANGELES, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Haley Currie**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022−12−09 13:27:48,** Clerk USDC DMA

Civil Action No.: **1:22-CV-11764-DJC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify) :  —    VIA USPS CERTIFIED MAIL TRACKING NO.
                        7022 2410 0000 8828 8787
                     — RETURN RECEIPT REQUESTED

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

01/09/2023
Date

*Server's Signature*

HAREL TALASAZAN
*Printed name and title*

Harel Talasazan, Esq.
520 N KINGS ROAD APT 305
†LOS ANGELES, CA 90048

*Server's Address*

Additional information regarding attempted service, etc: After a diligent search,
no process server found who would agree to serve
all Defendants with the complaints and amended complaints
with the summonses so issued.

**RULE 4.1  SERVICE OF PROCESS--DISMISSAL FOR FAILURE TO MAKE SERVICE**

(a)    **Time Limit.** Any summons not returned with proof that it was served within 90 days of the filing of the complaint is deemed to be unserved for the purpose of Fed. R. Civ. P. 4(m).

(b)    **Showing of Good Cause for Failure to Comply.** Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the 90-day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit. If on the 14th day following the expiration of the 90-day period good cause has not been shown as provided herein, the clerk shall forthwith automatically enter an order of dismissal for failure to effect service of process, without awaiting any further order of the court. The clerk shall furnish a copy of this local rule to counsel or pro se plaintiffs, together with the summons. Such notice shall constitute the notice required by Fed. R. Civ. P. 4(m). No further notice need be given by the court.

(c)    **Service According to State Practice.** In those cases where the Federal Rules of Civil Procedure authorize service of process to be made in accordance with state practice, it shall be the duty of counsel for the party seeking such service to furnish to the clerk forms of all necessary orders and sufficient copies of all papers to comply with the requirements of the state practice, together with specific instructions for the making of such service, if such service is to be made by the United States Marshal.

*Effective September 1, 1990; amended effective January 2, 1995; December 1, 2009; May 6, 2016.*



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Newton 1161 MA 02460

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $_____
☐ Adult Signature Restricted Delivery $_____

Postage $17.05

Total Postage and Fees $26.30

Sent To Dorothy Anderson
Street and Apt. No., or PO Box No. 446 Lowell Avenue
City, State, ZIP+4® Newton, MA 02460 USA

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Case 1:22-cv-11764-DJC   Document 13   Filed 12/09/22   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HAREL TALASAZAN** | |
| _Plaintiff_ | Civil Action No.: |
| v. | 1:22–CV–11764–DJC |
| **MICROSOFT CORPORATION, ET AL.** | |
| _Defendant_ | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

THE OFFICE OF THE BAR COUNSEL
99 HIGH STREET BOSTON, MASSACHUSETTS 02110 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —⸺ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —⸺ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Harel Talasazan, Esq.
    520 N KINGS ROAD APT 305
    ✝LOS ANGELES, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

_CLERK OF COURT_

/s/ – Haley Currie

_Signature of Clerk or Deputy Clerk_

**ISSUED ON 2022–12–09 13:27:48, Clerk USDC DMA**

Civil Action No.:  **1:22-CV-11764-DJC**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify) :  VIA USPS CERTIFIED MAIL TRACKING NO. — 7022 2410 0000 8828 8794 — RETURN RECEIPT REQUESTED

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

01/09/2023
Date

*Harel Talasazan*
Server's Signature

HAREL TALASAZAN
Printed name and title

Harel Talasazan, Esq.
520 N KINGS ROAD APT 305
†LOS ANGELES, CA 90048

Server's Address

Additional information regarding attempted service, etc: After a diligent Search, no process server found who would agree to serve all Defendants with the complaints and amended complaints with the summonses so issued.

## RULE 4.1  SERVICE OF PROCESS--DISMISSAL FOR FAILURE TO MAKE SERVICE

(a)     **Time Limit.** Any summons not returned with proof that it was served within 90 days of the filing of the complaint is deemed to be unserved for the purpose of Fed. R. Civ. P. 4(m).

(b)     **Showing of Good Cause for Failure to Comply.** Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the 90-day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit. If on the 14th day following the expiration of the 90-day period good cause has not been shown as provided herein, the clerk shall forthwith automatically enter an order of dismissal for failure to effect service of process, without awaiting any further order of the court. The clerk shall furnish a copy of this local rule to counsel or pro se plaintiffs, together with the summons. Such notice shall constitute the notice required by Fed. R. Civ. P. 4(m). No further notice need be given by the court.

(c)     **Service According to State Practice.** In those cases where the Federal Rules of Civil Procedure authorize service of process to be made in accordance with state practice, it shall be the duty of counsel for the party seeking such service to furnish to the clerk forms of all necessary orders and sufficient copies of all papers to comply with the requirements of the state practice, together with specific instructions for the making of such service, if such service is to be made by the United States Marshal.

*Effective September 1, 1990; amended effective January 2, 1995; December 1, 2009; May 6, 2016.*

6



# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HAREL TALASAZAN** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:22–CV–11764–DJC |
| **MICROSOFT CORPORATION, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BOARD OF BAR OVERSEERS
99 HIGH STREET BOSTON, MASSACHUSETTS 02110 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harel Talasazan, Esq.
520 N KINGS ROAD APT 305
LOS ANGELES, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Haley Currie

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–12–09 13:27:48, Clerk USDC DMA**

Civil Action No.: **1:22–CV–11764–DJC**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ............................................................

was received by me on (date)_____ _____ _____.

☐ I personally served the summons on the individual at (place)............................................................

.................................................................... on (date)..................................... ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ...................

.......................................................... , a person of suitable age and discretion who resides there,

on (date) ......... _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

.................................................... on (date) ..................... ; or

☐ I returned the summons unexecuted because_____ , or

☑ Other (specify) :   —   VIA USPS CERTIFIED MAIL TRACKING NO.

7022 2410 0000 8828 8879

— RETURN RECEIPT REQUESTED

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

01/09/2023
Date

Harel Talasazan
Server's Signature

HAREL TALASAZAN
Printed name and title

Harel Talasazan, Esq.
520 N KINGS ROAD APT 305
†LOS ANGELES, CA 90048

Server's Address

Additional information regarding attempted service, etc: After a diligent Search, No process server found who would agree to serve all Defendants with the Complaints and amended Complaints with the Summonses So Issued.





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Boston, MA 02110

Certified Mail Fee     $4.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)              $ ____
☐ Return Receipt (electronic)            $ ____
☐ Certified Mail Restricted Delivery     $ ____
☐ Adult Signature Required               $ ____
☐ Adult Signature Restricted Delivery    $ ____

Postage     $17.05

Total Postage and Fees     $26.30

Sent To  THE OFFICE OF THE BAR COUNSEL
Street and Apt. No., or PO Box No.  99 HIGH STREET
City, State, ZIP+4  BOSTON, MA  02110 USA

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7022 2410 0000 8828 8794







U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee   $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage   $17.05

Total Postage and Fees
$

Postmark
Here

01/09/2023

Sent To  *MICROSOFT CORPORATION*
Street and Apt. No., or PO Box No.  *ONE MICROSOFT WAY*
City, State, ZIP+4®  *REDMOND, WA 98052 USA*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0000 8828 8886

 Gmail

Harel Talasazan <hareltala@gmail.com>

---

## Follow Up Letter

1 message

---

**Harel Talasazan** <hareltala@gmail.com>
To: david.marks@mass.gov

Thu, Jan 12, 2023 at 2:52 PM

Attorney Marks:

In following up with our discussion today, please see the document attached herewith.

Sincerely yours:

Harel Talasazan
This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

---

 **1.12.23 11764.crrsp.att.marks.pdf**
1071K

**EXHIBIT 5.2**

 Gmail

Harel Talasazan <hareltala@gmail.com>

---

## BC v. Talasazan
2 messages

---

**June Risk** <j.risk@massbbo.org>                                            Thu, Jan 12, 2023 at 9:34 AM
To: "harel@hareltala.com" <harel@hareltala.com>, "hareltala@gmail.com" <hareltala@gmail.com>, Dorothy Anderson
<d.anderson@massbbo.org>
Cc: "Anne T. Brown" <at.brown@massbbo.org>

Dear Attorneys Anderson and Talasazan,

Attached please find Order with regard to the above matter.

Thank you.



June D. Risk

Legal Administrative Assistant

Board of Bar Overseers

99 High Street

Boston, MA   02110

617-728-8706

j.risk@massbbo.org

---

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain
legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby
notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If
you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original
and any copy of this e-mail message or attachment and any printout thereof.

---

  **Talasazan - Order 1-12-23.pdf**
    90K

---

**Harel Talasazan** <hareltala@gmail.com>                                    Thu, Jan 12, 2023 at 10:40 AM
To: david.marks@mass.gov

Attorney Marks:

I hope this email finds you well. In regard to the preceding e-mail and attachment therewith from the Board of Bar
Overseers, I need to and kindly request to discuss this matter with you because, among other things, on the one hand I
have been told to speak to you as the Attorney representing the Defendants in the **Case number 1:22-cv-**

**11764-DJC, United States District Court For the District of Massachusetts** which clearly triggers/triggered among other things a rule of professional conduct to speak to you and only to you regarding the very same persons, case and subject matter the preceding e-mail is about, and yet on the other hand I am expected to answer in thirty days to the very same persons whom you represent notwithstanding the decision and/or order already made by the board and all other rights and things so reserved. See E-mail, June Risk dated 01/11/2023 forwarded e-mail; See also Mass. R. Prof. C. 4.2.

It seems to me that Defendants in the above referenced case have the shattering power to default a Respondent and part such a Respondent from having good standing and/or a license altogether and yet shield themselves from merely communicating with such a Respondent. What kind of code of honor is there when, as here, I thought we had a constructive discussion yesterday. My understanding during our phone call yesterday was that you would call me back by the end of the business day today, presumably when you had spoken with your clients and would have notified me about it in return. I do not believe that it is unreasonable to notice a pattern here which is retaliatory and moreover is not unreasonable to believe is responsively acrimonious to asserting legal, let alone constitutional rights, and that escalates from when I have been directed to contact you in the above referenced respect.

Do you plan to answer the amended complaint in the above numbered case which you represent your clients? Does the Board or the Bar Counsel expect me to answer via communications with you which is thereby relayed to said Board and/or Bar Counsel -- or is there an exception that shall be explicitly acknowledged and permitted in this case if at all?

How am I supposed to Defend myself if the Board or the Bar Counsel may conceivably assert a privilege, or refuse to confront issues which they have a pecuniary interest in and which is connected to the above referenced case?

Sincerely yours:

Harel Talasazan
[Quoted text hidden]
--
Harel Talasazan

---

📄 **Talasazan - Order 1-12-23.pdf**
90K

"Talasazan – Order 1-12-23.pdf"

**COMMONWEALTH OF MASSACHUSETTS**
**BOARD OF BAR OVERSEERS**
**OF THE SUPREME JUDICIAL COURT**

|  |  |
|---|---|
| **BAR COUNSEL,**<br>　　　　　　　**Petitioner**<br><br>**v.**<br><br>**HAREL TALASAZAN, ESQ.**<br>　　　　　**Respondent** | **BBO File No.**<br>**C1-21-00269786**<br>**C1-21-00270716** |

## ORDER

Due to the Respondent's apparent confusion regarding the date the answer to his Petition for Discipline was due, the Board will extend the time for the Respondent to file an answer for thirty (30) days from today's date. No further extensions of time will be granted.  If an answer is not filed by Monday, February 13, 2023, default proceedings will commence.

Any request for a stay of this bar discipline matter is denied.

Dated:  January 12, 2023　　　　　BOARD OF BAR OVERSEERS


By:___*Joseph S. Berman*___
　　　　Joseph S. Berman
　　　　General Counsel

**[AND] EXHIBIT 5.3**

 Gmail

**Harel Talasazan <hareltala@gmail.com>**

---

## Follow Up Letter
1 message

---

**Harel Talasazan** <hareltala@gmail.com>                                                Thu, Jan 12, 2023 at 2:52 PM
To: david.marks@mass.gov

Attorney Marks:

In following up with our discussion today, please see the document attached herewith.

Sincerely yours:

Harel Talasazan

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

 **1.12.23 11764.crrsp.att.marks.pdf**
1071K

"1.12.23.crrsp.att.marks.pdf"

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

1/12/2023

Via E-Mail to david.marks@mass.gov
And Via USPS First Class Mail

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA

Re:  Correction Concerning Date noted on **Letter E-Mailed
     and Mailed; OBJECTION to Recent E-mails and
     Attachments therewith sent by the Board of Bar
     Overseers**

Attorney Marks:

I am writing to follow up with you in regards to our recent
phone call discussions, the most recent of which was at or
about 10:40 A.M. PST.

With regard to the letter mailed and e-mailed to you
yesterday, a copy of which is enclosed herewith, due to a
technical inadvertency relating to the auto update date
feature on the document, the date is corrected to read
01/11/2023 therein ("Ltr C 1/11/23").

With regard to the E-Mail and attachment therewith sent by
Ms. June Risk yesterday, attempting to vitiate the Board of
Bar Overseers own ruling and order already made, and Ms.
Risk's e-mail and attachment therewith which was sent
today, that issued an "Order" which again vitiates the
Board of Bar Overseers own ruling and order already made,
please take notice That: **OBJECTION**. The board made a ruling
and order on or about "10-21-2022" after a motion was
filed, service to the opposing party was made, the opposing

1

party responded, and the board made a ruling and/or order
on said motion. See Motion for Extension of Time so
discussed, a copy of the Motion, E-Mail Communications,
Ruling, and Letter of Clarification is enclosed herewith
("MET 2"). The Board must honor said ruling and order. See
Senior Hous. Props. Trust v. HealthSouth Corp., 447 Mass.
259, 271-272, 850 N.E.2d 1027 (2006), and cases cited.
"It is, of course, the substance of a motion and not its
technical name or label that determines its nature and
legal effect." Quoting Watros v. Greater Lynn Mental Health
and Retardation Ass'n, Inc., 37 Mass. App. Ct. 657, 662
n.7, 642 N.E.2d 599, 603 n.7 (1994), aff'd, 421 Mass. 106,
653 N.E.2d 589 (1995) (citations omitted).
In a similar vein, it is well settled that Massachusetts
Courts generally follow the Federal courts' interpretation
of Federal rules of civil procedure in construing its own
identical rules. See, e.g., Rollins Envtl. Servs., Inc. v.
Superior Court, 368 Mass. 174, 179-180, 330 N.E.2d 814
(1975). See also Strom v. American Honda Motor Co., 423
Mass. 330, 335, 667 N.E.2d 1137 (1996), quoting Solimene v.
B. Grauel & Co., KG, 399 Mass. 790, 800, 507 N.E.2d 662
(1987) ("Because the Massachusetts Rules of Civil Procedure
are patterned after the Federal rules, we interpret our
rules consistently with the construction given their
Federal counterparts."); See also M.G.L.A. 231 § 59H (where
a party asserts that the civil claims, counterclaims, or
cross claims against said party are based on said party's
exercise of its right of petition under the constitution of
the United States or of the commonwealth).

Sincerely Yours:

Harel Talasazan

Enclosures

BCC AT A LATER DATE IS EXPRESSLY RESERVED

"Ltr C 1/11/23"

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

1/9/2023

Via USPS Certified Mail
-Tracking No.    7022 2410 0003 0649 5522

-Return Receipt Requested

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA

Re:  **Case: 1:22-cv-11764-DJC**
     **United States District Court**
     **        For the**
     **District of Massachusetts**
     **OBJECTION**

Attorney Marks:

Objection. The Court issued an order in regard service on
Defendants in the above referenced case. The Defendants
have been SERVED with the Summons and Amended Complaint
today, before the e-mail and letters sent by Ms. June Risk
was sent. Please contact me as soon as possible in regard
to this issue.

Sincerely Yours:

*Harel Talasazan*

Harel Talasazan

Enclosures

BCC AT A LATER DATE IS EXPRESSLY RESERVED

1

"MET2"

 Gmail

**Harel Talasazan <hareltala@gmail.com>**

## Bar Counsel v. Talasazan

3 messages

**Harel Talasazan** <hareltala@gmail.com>
To: June Risk <j.risk@massbbo.org>
Cc: Dorothy Anderson <d.anderson@massbbo.org>
Bcc: hareltala@gmail.com

Wed, Oct 19, 2022 at 8:52 AM

All Rights Reserved

Ms. Risk:

I hope this finds you well. With regard to the Petition for discipline, please see the document attached herewith.

Harel Talasazan

📄 **2022-10-19 05-37.pdf**
1918K

**Dorothy Anderson** <d.anderson@massbbo.org>
To: June Risk <j.risk@massbbo.org>, Sandra Mahabir <s.mahabir@massbbo.org>
Cc: Harel Talasazan <hareltala@gmail.com>, "Anne T. Brown" <at.brown@massbbo.org>

Wed, Oct 19, 2022 at 9:13 AM

Dear Ms. Risk,

I have no objection to Atty Talasazan's request for an additional 20 days to file his answer to the petition for discipline.

Sincerely,

Dorothy Anderson

**From:** Harel Talasazan <hareltala@gmail.com>
**Sent:** Wednesday, October 19, 2022 8:52 AM
**To:** June Risk <j.risk@massbbo.org>
**Cc:** Dorothy Anderson <d.anderson@massbbo.org>
**Subject:** Bar Counsel v. Talasazan

[Some people who received this message don't often get email from hareltala@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

All Rights Reserved

Ms. Risk:

I hope this finds you well. With regard to the Petition for discipline, please see the document attached herewith.

Harel Talasazan

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

**June Risk** <j.risk@massbbo.org>                                      Fri, Oct 21, 2022 at 1:08 PM
To: Harel Talasazan <hareltala@gmail.com>
Cc: Dorothy Anderson <d.anderson@massbbo.org>, "Anne T. Brown" <at.brown@massbbo.org>

## Dear Attorneys Anderson and Talasazan,

## Attached please find ruling on Respondent's Motion for Extension.

## Thank you.

**From:** Harel Talasazan <hareltala@gmail.com>
**Sent:** Wednesday, October 19, 2022 8:52 AM
**To:** June Risk <j.risk@massbbo.org>
**Cc:** Dorothy Anderson <d.anderson@massbbo.org>
**Subject:** Bar Counsel v. Talasazan

[Some people who received this message don't often get email from hareltala@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

All Rights Reserved

Ms. Risk:

I hope this finds you well. With regard to the Petition for discipline, please see the document attached herewith.

Harel Talasazan

[Quoted text hidden]

 **Talasazan - Ruling on R's MEXT.pdf**
1951K

10-21-2022 Allowed without objection.
Per Joseph S. Berman

October 19, 2022

Via E-Mail and USPS First Class Mail

Attn: Ms. June Risk
J.risk@massbbo.org
Board of Bar Overseers
99 High Street 2nd Floor
Boston, MA 02110

RE:    Bar Counsel v. Harel Talasazan, Esq.
B.B.O. File Nos. 1-21-00269786 and 1-21-00270817

Ms. Risk:

I hope this finds you well. Enclosed herewith please see:

1. Respondent Harel Talasazan's Motion to Extend the Time to Filing a Response or Answer

Please contact me by the phone number specified herebelow if there are any questions I may be able to address. Thank you very much for you time and attention to this matter.

Sincerely yours,

Harel Talasazan
520 N Kings Road Apt 305
West Hollywood, CA 90048
Telephone:  (310) 254 4232
E-mail:  hareltala@gmail.com

BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT FOR THE
COMMONWEALTH OF MASSACHUSETTS

BAR COUNSEL,

PETITIONER

v.

HAREL TALASAZAN, ESQ.

RESPONDENT.

B.B.O. File Nos.

1-21-00269786

1-21-00270817

## RESPONDENT HAREL TALASAZAN'S MOTION TO EXTEND THE TIME TO FILING A RESPONSE OR AN ANSWER

Subject to and notwithstanding any and all rights expressly reserved; any and all remedies, privileges and immunities a Court of competent jurisdiction may, among other things, order in relation to the above referenced Petitioner and Respondent; and, without acknowledging proper or sufficient receipt of the Petition in the above referenced file numbered matters for, among other reasons and controlling authorities, the failure to serve Talasazan in accordance with rules and regulations related to service of process, including but not limited to, service by certified mail:

Respondent Harel Talasazan ("Talasazan") moves for an extension of time to file a response, for the following reasons:

1.  Bar Counsel e-mailed the Petition for Discipline in the above referenced matter on the second day of the Jewish new year, a holiday which Talasazan observes and, as such, does not work during such holidays. At the time, Talasazan was in Israel with his family.

2.  On or about October 5, 2022 at or about 6:15 PM pacific standard time through and up to October 7, 2022 at or about 7:18 PM pacific standard time, Talasazan was observing the holiday of Yom Kippur, which Talasazan observes. In observance of Yom Kippur,

— 1 —

Talasazan did not eat nor drink, and for the most part attended prayer services. Talasazan does not work on Yom Kippur.

3. On or about October 7, 2022 Talasazan pet dog began having serious complications related to diabetes, and Talasazan had to admit his pet dog to a pet hospital in Culver City, California for emergency and critical. On or about October 8, 2022 Talasazan's pet dog had to be put down as a result of, upon information and belief, diabetic ketoacidosis.

4. On or about October 9, 2022 at or about 6:09 PM pacific standard time, the holiday of Sukkot began. Talasazan does not observe this holiday as stringently as the above two said holidays, but Talasazan does attend the festivities associated to it by attending the holiday gatherings with his family.

5. Talasazan has been hospitalized due to serious medical related issues related to, upon information and belief, disfunctions involving certain internal organs. On or about October 15, 2022 Talasazan began to notice blood in his urine and blood dribbling from that area of his body. On or about October 16, 2022 Talasazan was admitted to the emergency room at cedars sinai hospital. Talasazan was discharged later that evening. Under his doctor's orders Talasazan has had to follow up with additional diagnostic testing, take prescribed medication, and has been strongly advised to decrease his work load and stress levels.

Talasazan respectfully requests an extension of 20 days or whatever number of additional days this Board will permit or allow Talasazan to respond or answer. For the above reasons, Talasazan requests that the Board ALLOW Talasazan the extension of time to file a response or answer.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Signed this day of October, 2022 in Los Angeles, California.

Harel Talasazan

520 N Kings Road Apt. 305

West Hollywood, California 90048

hareltala@gmail.com

(310) 254 4232

BBO No. 698115

— 2 —

## CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the person listed below by e-mail and USPS first class mail on *October 19, 2022* .

Dorothy Anderson, Esq.
First Assistant Bar Counsel
d.anderson@massbbo.org
99 High Street 2nd Floor
Boston, MA 02110

Harel Talasazan

ALL RIGHTS RESERVED

October 24, 2022

Via E-Mail and USPS First Class Mail

Attn: Ms. June Risk
J.risk@massbbo.org
Board of Bar Overseers
99 High Street 2ⁿᵈ Floor
Boston, MA 02110

RE:    Bar Counsel v. Harel Talasazan, Esq.
B.B.O. File Nos. 1-21-00269786 and 1-21-00270817

Ms. Risk:

I hope this finds you well. Enclosed herewith please see:

1.  Respondent Harel Talasazan's clarification, if any, with regard to the service of the
    Motion to Extend the Time to Filing a Response or Answer

Please contact me by the phone number specified herebelow if there are any questions I may be
able to address. Thank you very much for you time and attention to this matter.

Sincerely yours,

Harel Talasazan
520 N Kings Road Apt 305
West Hollywood, CA 90048
Telephone: (310) 254 4232
E-mail: hareltala@gmail.com

BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT FOR THE
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| BAR COUNSEL,<br>PETITIONER<br><br><br>v.<br><br>HAREL TALASAZAN, ESQ.<br><br>RESPONDENT. | B.B.O. File Nos.<br><br>1-21-00269786<br><br>1-21-00270817 |

## RESPONDENT HAREL TALASAZAN'S CLARIFICATION, IF ANY, WITH REGARD TO THE SERVICE OF THE MOTION TO EXTEND THE TIME TO FILING A RESPONSE OR ANSWER

Subject to and notwithstanding any and all rights expressly reserved; any and all remedies, privileges and immunities a Court of competent jurisdiction may, among other things, order in relation to the above referenced Petitioner and Respondent; and, without acknowledging proper or sufficient receipt of the Petition in the above referenced file numbered matters for, among other reasons and controlling authorities, the failure to serve Talasazan in accordance with rules and regulations related to service of process, including but not limited to, service by certified mail:

Respondent Harel Talasazan ("Talasazan") writes to provide clarification, if any, with regard to the service of the motion for an extension of time to file a response ("Motion ET"), for the following reasons:

1. Talasazan served the Motion ET to Dorothy ([Scheck]) Anderson ("Anderson"). To the extent that there is any appearance of acquiescence to Anderson as the Bar Counsel official that may be the litigant, if at all, on behalf of Bar Counsel, if any at all whatsoever, Talasazan writes to clarify and correct that he did not and does not acquiesce to Anderson being such a said litigant, if at all whatsoever, for, among other things, reasons and points of authorities so stated and submitted in the Motion to Quash in the above referenced file

— 1 —

numbers served May 25, 2022 by e-mail and USPS mail, and the reply to the opposition in connection therewith. Among other things, Talasazan maintains that the video deposition taken on or about September 23, 2021 has been spoliated.

2. The fact that Anderson refuses to step forward and be honest in fact and truthful about the said video deposition spoliation is, among other things ([and authorities]), shameful because Talasazan is deaf in his left ear and as such, is tormented psychologically as a result of the spoliation of said video deposition in ways in which no fully audible person can ever sense or understand as well as someone who is hearing impaired or deaf, like Talasazan or those who are fully deaf.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 24 day of October, 2022 in Los Angeles, California.

Harel Talasazan

520 N Kings Road Apt. 305

West Hollywood, California 90048

hareltala@gmail.com

BBO No. 698115

—2—

## CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the person listed below by e-mail and USPS first class mail on *October 24, 2022* .

<u>Bar Counsel</u>
<u>Office Bar Counsel</u>
99 High Street 2nd Floor
Boston, MA 02110

Harel Talasazan

1/12/23, 4:17 PM                                                     Gmail - BC v. Talasazan

 Gmail                                                     Harel Talasazan <hareltala@gmail.com>

**BC v. Talasazan**
2 messages

**June Risk** <j.risk@massbbo.org>                                     Thu, Jan 12, 2023 at 12:34 PM
To: "harel@hareltala.com" <harel@hareltala.com>, "hareltala@gmail.com" <hareltala@gmail.com>, Dorothy Anderson
<d.anderson@massbbo.org>
Cc: "Anne T. Brown" <at.brown@massbbo.org>

Dear Attorneys Anderson and Talasazan,

Attached please find Order with regard to the above matter.

Thank you.

June D. Risk

Legal Administrative Assistant

Board of Bar Overseers

99 High Street

Boston, MA   02110

617-728-8706

j.risk@massbbo.org

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain
legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified
that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have
received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any
copy of this e-mail message or attachment and any printout thereof.

📄 **Talasazan - Order 1-12-23.pdf**
90K

**Harel Talasazan** <hareltala@gmail.com>                              Thu, Jan 12, 2023 at 1:40 PM
To: david.marks@mass.gov

Attorney Marks:

I hope this email finds you well. In regard to the preceding e-mail and attachment therewith from the Board of Bar
Overseers, I need to and kindly request to discuss this matter with you because, among other things, on the one hand I
have been told to speak to you as the Attorney representing the Defendants in the **Case  number  1:22-cv-**

**11764-DJC, United States District Court For the District of Massachusetts** which clearly triggers/triggered among other things a rule of professional conduct to speak to you and only to you regarding the very same persons, case and subject matter the preceding e-mail is about, and yet on the other hand I am expected to answer in thirty days to the very same persons whom you represent notwithstanding the decision and/or order already made by the board and all other rights and things so reserved. See E-mail, June Risk dated 01/11/2023 forwarded e-mail; See also Mass. R. Prof. C. 4.2.

It seems to me that Defendants in the above referenced case have the shattering power to default a Respondent and part such a Respondent from having good standing and/or a license altogether and yet shield themselves from merely communicating with such a Respondent. What kind of code of honor is there when, as here, I thought we had a constructive discussion yesterday. My understanding during our phone call yesterday was that you would call me back by the end of the business day today, presumably when you had spoken with your clients and would have notified me about it in return. I do not believe that it is unreasonable to notice a pattern here which is retaliatory and moreover is not unreasonable to believe is responsively acrimonious to asserting legal, let alone constitutional rights, and that escalates from when I have been directed to contact you in the above referenced respect.

Do you plan to answer the amended complaint in the above numbered case which you represent your clients? Does the Board or the Bar Counsel expect me to answer via communications with you which is thereby relayed to said Board and/or Bar Counsel -- or is there an exception that shall be explicitly acknowledged and permitted in this case if at all?

How am I supposed to Defend myself if the Board or the Bar Counsel may conceivably assert a privilege, or refuse to confront issues which they have a pecuniary interest in and which is connected to the above referenced case?

Sincerely yours:

Harel Talasazan
[Quoted text hidden]
--
Harel Talasazan

📎 **Talasazan - Order 1-12-23.pdf**
90K

**COMMONWEALTH OF MASSACHUSETTS**
**BOARD OF BAR OVERSEERS**
**OF THE SUPREME JUDICIAL COURT**

|  |  |
|---|---|
| **BAR COUNSEL,**<br>        **Petitioner**<br><br>**v.**<br><br>**HAREL TALASAZAN, ESQ.**<br>        **Respondent** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BBO File No.**
**C1-21-00269786**
**C1-21-00270716**

## <u>ORDER</u>

Due to the Respondent's apparent confusion regarding the date the answer to his Petition for Discipline was due, the Board will extend the time for the Respondent to file an answer for thirty (30) days from today's date. No further extensions of time will be granted. If an answer is not filed by Monday, February 13, 2023, default proceedings will commence.

Any request for a stay of this bar discipline matter is denied.

Dated:  January 12, 2023          BOARD OF BAR OVERSEERS

By: _Joseph S. Berman_____
          Joseph S. Berman
          General Counsel

Harel Talasazan harel@hareltala.com
Re: [Scan] 2022-06-29 15:51
Jun 30, 2022 at 13:54:17
**Joe Berman** J.Berman@massbbo.org
**June Risk** j.risk@massbbo.org
harel@hareltala.com

Mr. Berman:

Understood. Please let me know if the board will accept service of process by mail instead of being served by a process server or constable.

Thank you:

Harel Talasazan, Esq.
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone at (617) 504-5252and by return e-mail, and permanently delete the original and any copy of this message in any form whatsoever, inclusive of its attachments and any printout thereof. Unauthorized use, dissemination or reproduction of this message is strictly prohibited and may be unlawful. The term ALL RIGHTS RESERVED shall be inclusive of any communication thereafter unless agreed to and accepted to the contrary by express written consent. Thank you.

On Jun 30, 2022, at 13:36, Joe Berman <J.Berman@massbbo.org> wrote:

The board's position has not changed in response to your most recent email.

Joseph S. Berman, Esq.
General Counsel
Board of Bar Overseers
99 High Street, 2nd Flr

Boston, MA 02110
T: 617.728.8712
F. 617.482.8000

**From**: Harel Talasazan <harel@hareltala.com>
**Sent**: Thursday, June 30, 2022 4 20 PM
**To**: Joe Berman <J.Berman@massbbo.org>
**Cc**: June Risk <j.risk@massbbo.org>
**Subject**: Re: [Scan] 2022 06-29 15 51

Mr. Berman:

I have received your preceding e-mail and thank you for responding to my request on the time sensitive basis I indicated in my (second) request.

I respectfully disagree with the Board in concluding that the public records do not apply to my request. Among other reasons and points of authority I reserve the right to introduce, based on my cursory review of the preceding email my response is, respectfully, as follows. After reading the case cited in your preceding e-mail I believe that said case is innaposite to the request made here. In the Kettenbach case so cited, the Court summarized the request as "G. L. c. 66, § 10, that the defendants, the Board of Bar Overseers (board) and bar counsel, permit him to inspect, examine, and obtain one copy of every document in their custody, or in the custody of either of them, relating to the former judge's status as a member of [Page 1020] the bar." *Quoting* MICHAEL L. KETTENBACH vs. BOARD OF BAR OVERSEERS & another 448 Mass. 1019 at pgs. 1019-20 (2007). My request has nothing to do with a former judge or any documents relating to such said person. My request relates to the commercial transaction and/or relationship by and between the Board of Bar Overseers and Microsoft, Inc. There is nothing in such said contracts and/or agreements that pertain to the judicial function that the preceding cited Kettenbach case holds. Nor is there any attenuation in said contract and/or agreement by and between the Board, Microsoft, inc. and myself where, as here, the board is funded by members of

the bar including myself. In this respect, I have never missed or delayed in making a timely payment when my fee became due in the past.

Furthermore, the board has already responded to and produced two public records requests I have previously made without such refusal in each previous request. I thank the board for producing those public records as previously requested. Kindly let me know if the board still refuses or if my request should be more particularized in this regard if at all.

Respectfully and Thank you:

Harel Talasazan, Esq.
The Law Offices of Harel Talasazan, Esq.
Office Mobile (617) 504 -5252
Personal Cell (310) 254 - 4232
hareltala.com
90 Canal Street 4th Floor
Boston MA, 02114

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone at (617) 504-5252 and by return e-mail, and permanently delete the original and any copy of this message, its attachments, and any printout thereof. Unauthorized use, dissemination or reproduction of this message is strictly prohibited and may be unlawful. Thank you.

On Jun 30, 2022, at 12:25, Joe Berman <J.Berman@massbbo.org> wrote:

Mr. Talasazan:

As a part of the judicial branch, the Board of Bar Overseers is not subject to the public records law. See Kettenbach v. BBO, 448 Mass. 1019 (2007). Accordingly, the BBO will not produce records in response to your correspondence.

Joseph S. Berman, Esq.
General Counsel
Board of Bar Overseers
99 High Street, 2nd Flr
Boston, MA 02110
T: 617.728.8712
F: 617.482.8000

**From:** Harel Talasazan <harel@hareltala.com>
**Sent:** Wednesday, June 29, 2022 6:55 PM
**To:** June Risk <j.risk@massbbo.org>
**Cc:** Joe Berman <J.Berman@massbbo.org>
**Subject:** [Scan] 2022-06-29 15:51

Ms. Risk:

I hope this finds you well. With regard to a public record request made last week, I am writing because there have been changes in the circumstances which make this request under a very time sensitive nature. I sincerely apologize in advance for any inconvenience I may be causing you. Kindly see the second notice of the public records request attached herewith.

Please let me know if there are any questions I may be able to address. Thank you in advance for your time and attention to this matter.

Sincerely yours:

Harel Talasazan, Esq.
This e-mail, and any attachments thereto, is intended only for use by the addressee(s)
named herein and may contain legally privileged and or confidential information. If you
are not the intended recipient of this e-mail, you are hereby notified that any
dissemination, distribution or copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail in error, please immediately notify
the sender by telephone at (617) 504-5252and by return e-mail, and permanently
delete the original and any copy of this message in any form whatsoever, inclusive of
its attachments and any printout thereof. Unauthorized use, dissemination or
reproduction of this message is strictly prohibited and may be unlawful. The term ALL
RIGHTS RESERVED shall be inclusive of any communication thereafter unless agreed
to and accepted to the contrary by express written consent. Thank you.

Harel Talasazan, Esq.
This e-mail, and any attachments thereto, is intended only for use by the addressee(s)
named herein and may contain legally privileged and or confidential information. If you
are not the intended recipient of this e-mail, you are hereby notified that any
dissemination, distribution or copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail in error, please immediately notify
the sender by telephone at (617) 504-5252and by return e-mail, and permanently
delete the original and any copy of this message in any form whatsoever, inclusive of
its attachments and any printout thereof. Unauthorized use, dissemination or
reproduction of this message is strictly prohibited and may be unlawful. The term ALL
RIGHTS RESERVED shall be inclusive of any communication thereafter unless agreed
to and accepted to the contrary by express written consent. Thank you.

This e-mail and any attachments thereto are intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this e-mail, you are hereby notified that any
dissemination, distribution or copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail by error, please immediately notify
me by return e-mail and permanently delete the original and any copy of this e-mail

message or attachment and any printout thereof.

This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail by error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message or attachment and any printout thereof.

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

12/28/2022

Via USPS First Class Mail
Board of Bar Overseers of the Supreme Judicial Court of the
State of Massachusetts
Attn: Attorney Joseph Berman, General Counsel
99 High Street
Boston, MA 02110 USA

Re: **Request for Response to E-Mail Delivered 06/10/2022**
**Request/Demand to Preserve Evidence in relation to**
**E-Mail Accounts:     hareltala@gmail.com**
**harel@hareltala.com**
**esqmailconfirmationbox@gmail.com**

Attorney Berman:

As you know or should know by now, the above referenced
person/individual, namely Harel Talasazan ("Talasazan"), is
involved in a dispute as litigation against Microsoft,
Inc., among other named or "Doe" Defendants, including the
the Board of Bar Overseers of the Supreme Judicial Court of
the State of Massachusetts ("Board") arising out of
constitutional violations impairing, affecting or relating
to Talasazan. Among other things, said violations relate to
the use and/or conversion of Talasazan's rights, priveleges
and immunities, proprietary information, and/or data
without Talasazan's express agreement or consent.

Talasazan sent you an e-mail, a copy of which is enclosed
herewith, asking you whether or not the Board will accept
service. Kindly respond to the said e-mail at your earliest
convenience.

Talasazan hereby requests that Board immediately take the
following measures to preserve evidence in anticipation of

1

litigation or as a third party stakeholder in possession of evidence.

**DEMAND FOR PRESERVATION OF EVIDENCE**
Please be further advised that Talasazan believes that electronically stored information ("ESI") is an important and irreplaceable source of discovery and/or evidence in connection with the dispute described above. If litigation is necessary to protect Talasazan's rights, the discovery requests to be served in this matter will seek information from computer systems, removable electronic media and other locations from Board as from any agents and individual employees of Board, who were/are/will be involved in or dealt with matters relevant to the dispute described above. This includes, but is not limited to, e-mail, instant messaging, text messages, voice mail messages, and other electronic communications, word processing documents, spreadsheets, databases, calendars, telephone logs.

Therefore, YOU ARE HEREBY GIVEN NOTICE to immediately take all steps necessary to prevent the destruction, loss, concealment, or alteration of any paper, document, or electronically stored information and other data or information generated by and/or stored on your computers and storage media (e.g., hard disks, floppy disks, backup tapes, etc.), and e-mail related to the dispute and matters described above.

ESI should be afforded the broadest possible definition and includes, but is not limited to, all digital communications (e.g., e-mail, voice mail, instant messaging), word processed documents (e.g. Word and WordPerfect documents and drafts), spreadsheets and tables (e.g. Excel and Lotus 123 worksheets), accounting application data (such as QuickBooks, Money, or Peachtree), image and facsimile files (including PDF, TIFF, JPG, and GIF images), sound recordings (including WAV and MP3 files), video recordings, all databases, all contact and relationship management data, calendar and diary application data, online access data (including temporary, Internet files, History, and Cookies), all presentations (including PowerPoint and Corel), all network access and server activity logs, all data created with the use of any Personal Data Assistant (PDA) such as Palm Pilot, Blackberry, or other Windows-based or Pocket PC devices, all CAD files, and all back-up and archival files.

2

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. You must also intervene to prevent loss due to routine operations and employ proper techniques to safeguard all such evidence.

Because hard copies do not preserve electronic searchability or metadata, they are not an adequate substitute for ESI. If information exists in both electronic and paper form, you should preserve them both.

**Litigation Hold**
You are requested to immediately initiate a litigation hold for potentially relevant ESI, documents, and tangible things, and to act diligently and in good faith to secure and audit compliance with that litigation hold. You are also requested to preserve and not destroy all passwords, decryption procedures (including, if necessary, the software to decrypt the files), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view, and (if necessary) reconstruct any ESI. You should not pack, compress, purge, or dispose of any file or any part thereof.

You are further requested to immediately identify and modify or suspend features of your operations, information systems, and devices that, in routine operations, operate to cause the loss of documents, tangible items, or ESI. Examples of such features and operations include, but are not limited to, purging the contents of e-mail repositories by age, capacity, or other criteria; using data or media wiping, disposal, erasure, or encryption utilities or devices; overwriting, erasing, destroying, or discarding backup media; reassigning, re-imaging or disposing of systems, servers, devices, or media; running antivirus or other programs that alter metadata; using metadata stripper utilities; and destroying documents or any ESI by age or other criteria.

**Servers**
With respect to servers like those used to manage electronic mail and network storage, the entire contents of each user's network share and e-mail account should be preserved and not modified.
*///*
*///*

3

**Storage**
With respect to on-line storage and/or direct access
storage devices attached to your mainframe computers and/or
minicomputers, in addition to the above, you are not to
modify or delete any ESI, "deleted" files, and/or file
fragments existing on the date of this letter's delivery
that contain potentially relevant information.

With regard to all electronic media used for off-line
storage, including magnetic tapes and cartridges, optical
media, electronic media, and other media or combinations of
media containing potentially relevant information, you are
requested to stop any activity which may result in the loss
of any ESI, including rotation, destruction, overwriting
and erasure in whole or in part. This request is intended
to cover all media used for data or information storage in
connection with your computer systems, including magnetic
tapes and cartridges, magneto-optical disks, floppy
diskettes, and all other media, whether used with personal
computers, minicomputers, mainframes or other computers,
and whether containing backup and/or archival ESI.

**Personal Computers**
You should take immediate steps to preserve all ESI on all
personal computers used by your officers, directors and
employees, including all secretaries and assistants, that
in any way relate to [subject matter of action]. As to
fixed devices, (1) a true and correct copy is to be made of
all such ESI, including all active files and completely
restored versions of all deleted electronic files and file
fragments; (2) full directory listings (including hidden
files) for all directories and subdirectories (including
hidden directories) on such fixed devices should be
written; and (3) all such copies and listings are to be
preserved until this litigation is ended. Floppy diskettes,
CDs, DVDs, tapes, and other non-fixed media relating to
this matter are to be collected and stored pending
resolution of this litigation.

**Portable Systems**
In addition to your immediate preservation of ESI,
documents and tangible items in your business, on servers
and workstations, you should also determine if any home or
portable systems may contain potentially relevant data or
information. To the extent that officers, board members, or
employees have sent or received potentially relevant e-
mails or created or revieTalasazand potentially relevant
documents away from the office, you must preserve the

contents of systems, devices, and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R discs, PDAs, smart phones, voice mailboxes, or other forms of ESI storage). Additionally, if any employees, officers, or directors used online or browser-based e-mail accounts or services to send or receive potentially relevant messages and attachments, the contents of these account mailboxes should be preserved.

**Evidence Created or Acquired in the Future**
With regard to documents, tangible things, and ESI that are created or come into your custody, possession, or control subsequent to the date of delivery of this letter, potentially relevant evidence is to be preserved. You should take all appropriate action to avoid destruction of potentially relevant evidence.

Please forward a copy of this letter to all persons and entities possessing or controlling potentially relevant evidence. Your obligation to preserve potentially relevant evidence is required by law.

Sincerely Yours:

Harel Talasazan

ENCLOSURE

BCC AT A LATER DATE IS EXPRESSLY RESERVED

5