```
                    HAREL TALASAZAN, ESQ.
                    520 N KINGS ROAD Apt 305
                     +LOS ANGELES, CA 90048
                      HARELTALA@GMAIL.COM
                         (310) 254 4232
```

FILED IN CLERKS OFFICE
2023 FEB -6 PM 8:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

2/06/2023

In Person Filing

United States District Court
        for the
District of Massachusetts
Attn: Haley Currie, Docket Clerk

One Courthouse Way, Suite 2300
Boston, MA 02210 USA

Re:  **Case: 1:22-cv-11764-DJC**

Madam Clerk Currie:

With regard to the above referenced case, enclosed herewith for filing is the PLAINTIFF'S MOTION TO SUPPLEMENT EXHIBIT 5 OF THE PLAINTIFF'S MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OBJECTION TO THE MAILING OF THE FIRST AMENDED COMPLAINT AND OPPOSITION TO THE DEFENDANTS JOINT MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING and **EXHIBIT 5.1, 5.2, AND 5.3**.

Sincerely Yours:

*[signature: Harel Talasazan]*

Harel Talasazan
Enclosures

CC Assistant Attorney General David Marks

CC Attorney Lewis