HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

2/07/2023

Via USPS Certified Mail

-Tracking No.   7022 2410 0003 0649 5553

-Return Receipt Requested

United States District Court
        for the
District of Massachusetts
Attn: Haley Currie, Docket Clerk

One Courthouse Way, Suite 2300
Boston, MA 02210 USA

Re:  **Case: 1:22-cv-11764-DJC**
     **Correction Regarding Case Docket Sheet**

Madam Clerk Currie:

With regard to the above referenced case, I write to
respectfully draw attention to:

1. With regard to **EXHIBIT 5.1, 5.2, AND 5.3** I filed, it
appears on the docket sheet I received from an assistant
clerk at the clerk's office today, a copy of which is
enclosed herewith, that on page "4/4" at number "28" of
said docket sheet, only Exhibit 5.1 appears in the docket
text. I am writing to make sure that **EXHIBIT 5.1, 5.2, AND
5.3** (is inclusively) included in said Exhibit 5.1, if not,
kindly include **EXHIBIT 5.1, 5.2, AND 5.3**.

2. It appears on the said docket sheet that on page "4/4"
at number "30" the Request for **entry** of default (emphasis
added) I filed appears on the docket text as "Request for

notice of default" which is not correct. Kindly correct the docket text to Request for entry of default.

I apologize for any inconvenience this may cause.

Sincerely Yours:

Harel Talasazan

Enclosure

CC Assistant Attorney General David Marks

CC Attorney Lewis

2/7/23, 2:44 PM
Case 1:22-cv-11764-DJC Document 34 Filed 02/09/23 Page 3 of 6
CM/ECF - USDC Massachusetts - Version 6.3.3 as of 10/8/2022

ProSe

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:22-cv-11764-DJC

Talasazan v. Microsoft Corporation et al
Assigned to: Judge Denise J. Casper
Cause: 12:3410 Right to Financial Privacy Act

Date Filed: 10/14/2022
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Harel Talasazan**

represented by **Harel Talasazan**
520 N Kings Rd.
Apt. 305
Los Angeles, CA 90048
(310) 254-4232
PRO SE

V.

**Defendant**

**Microsoft Corporation**

represented by **Paul B. Lewis**
DLA Piper US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447
(617) 406-6070
Email: paul.lewis@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office of Bar Counsel**

represented by **David R. Marks**
Massachusetts Attorney General
Constitutional and Administrative Law
Division
One Ashburton Place
Boston, MA 02108
617-963-2362
Fax: 617-727-5785
Email: david.marks@mass.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Bar Overseers**

represented by **David R. Marks**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dorothy Anderson**                 represented by **David R. Marks**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10**

**Defendant**

**Matthew Stewart**                  represented by **David R. Marks**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2022 | 1 | COMPLAINT against All Defendants, filed by Harel Talasazan. (Attachments: # 1 Civil Cover Sheet & Category Form, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(de Oliveira, Flaviana) (Entered: 10/14/2022) |
| 10/14/2022 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Finn, Mary) (Entered: 10/14/2022) |
| 10/14/2022 | 3 | Summons Issued as to Dorothy Anderson, Board of Bar Overseers, Does 1-10, Microsoft Corporation, Office of Bar Counsel. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (de Oliveira, Flaviana) (Entered: 10/14/2022) |
| 10/14/2022 | 4 | Filing fee/payment: $ 402.00, receipt number 100000673 for 1 Complaint (Phillips, Sophie) (Entered: 10/14/2022) |
| 11/02/2022 | 5 | Summons Issued as to Matthew Stewart. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 11/02/2022) |
| 11/02/2022 | 6 | FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF against Does 1-25, Board of Bar Overseers, Office of Bar Counsel, Matthew Stewart, Microsoft Corporation, Dorothy Anderson, filed by Harel Talasazan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 - Part 1, # 5 Exhibit 4 - Part 2, # 6 Exhibit 4 - Part 3, # 7 Exhibit 4 - Part 4, # 8 Exhibit 5 - Part 1, # 9 Exhibit 5 - Part 2, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit |

| | | 10, # 15 Exhibit 11, # 16 Exhibit 12 - Part 1, # 17 Exhibit 12 - Part 2, # 18 Exhibit 13, # 19 Exhibit 14)(Paine, Matthew) (Entered: 11/03/2022) |
|---|---|---|
| 11/07/2022 | 10 | Letter/request (non-motion) from Harel Talasazan. (Dore, Samantha) (Entered: 11/09/2022) |
| 11/08/2022 | 7 | NOTICE of Inability to Electronic Service of Complaint, Return of Summonses by Harel Talasazan (Dore, Samantha) (Additional attachment(s) added on 11/8/2022: # 1 Amended Complaint) (Dore, Samantha). (Entered: 11/08/2022) |
| 12/05/2022 | 11 | NOTICE by Harel Talasazan (Currie, Haley) (Entered: 12/06/2022) |
| 12/09/2022 | 12 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting in part and denying in part 8 Motion "Plaintiff Harel Talasazans Ex-Parte Motion for Clerk to Reissue Summonses, D. 8, is ALLOWED in part only to the extent that summonses shall reissue as to the named defendants: Microsoft Corporation, Office of Bar Counsel, Board of Bar Overseers, Dorothy Anderson and Matthew Stewart. Talasazan shall have ninety days from the reissuance of summonses to serve these defendants. Summonses are issued in blank and are completed by Talasazan. The Clerk is directed to mail five summonses to Talasazan. Summonses as to "Doe" Defendants are vacated and no summonses shall issue as to those defendants unless and until they are identified, and if permitted to be joined in this action. See Fed. R. Civ. P. 15(a)(1)(2). All other and further relief is DENIED. While Talasazan is proceeding pro se, he is also a licensed attorney in Massachusetts. He is therefore presumed to have a basic knowledge of the Federal Rules of Civil Procedure, including Rule 4, and even though proceeding pro se, must follow the Federal Rules of Civil Procedure and the Local Rules of this Court. See Local Rule 83.5.5(d) ( A pro se party is required to comply with these local rules.). Talasazan is directed to Rule 4, which relates to service of process: the summons and complaint. Fed. R. Civ. P. 4(c)(1). Service of process under Rule 4 is not performed electronically and it is not undertaken by the Clerk. See Fed. R. Civ. P. 4(c)(2). Specifically, service on an individual is referenced in Rule 4(e), and state government at Rule 4(j)(2). The Court observes that these provisions provide that service may be accomplished under State law provisions as well. See id. A review of the docket indicates that, while summonses have issued as to the named defendants previously, see D. 3, 5, there is no indication on the docket that any defendant has been properly served, and none have appeared in this action. While the Court can point Talasazan to the Federal Rules, it is ultimately Talasazans responsibility to serve the defendants in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court, including Fed. R. Civ. P. 4 and Local Rule 4.1." (PSSA, 5) (Entered: 12/09/2022) |
| 12/09/2022 | 13 | Summons Reissued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Currie, Haley) (Entered: 12/09/2022) |
| 12/12/2022 | 14 | NOTICE (corrections) by Harel Talasazan re 11 Notice (Currie, Haley) (Entered: 12/14/2022) |
| 01/09/2023 | 15 | Note from Harel Talasazan with entirety of case in paper that was mailed to plaintiff on 12/9/2022. (Currie, Haley) (Entered: 01/09/2023) |
| 01/13/2023 | 16 | SUMMONS Returned Executed Microsoft Corporation served on 1/9/2023, answer due 1/30/2023. (Currie, Haley) (Entered: 01/13/2023) |

| 2023 | 17 | SUMMONS Returned Executed Dorothy Anderson served on 1/9/2023, answer due 1/30/2023. (Currie, Haley) (Entered: 01/13/2023) |
| 01/13/2023 | 18 | SUMMONS Returned Executed Office of Bar Counsel served on 1/9/2023, answer due 1/30/2023. (Currie, Haley) (Entered: 01/13/2023) |
| 01/13/2023 | 19 | SUMMONS Returned Executed Board of Bar Overseers served on 1/9/2023, answer due 1/30/2023. (Attachments: # 1 Cover Letter)(Currie, Haley) (Entered: 01/13/2023) |
| 01/18/2023 | 20 | SUMMONS Returned Executed as to The Office of the Attorney General by Harel Talasazan. (Attachments: # 1 Cover Letter)(Currie, Haley) (Entered: 01/18/2023) |
| 01/18/2023 | 21 | NOTICE of Appearance by David R. Marks on behalf of Dorothy Anderson, Board of Bar Overseers, Office of Bar Counsel, Matthew Stewart (Marks, David) (Entered: 01/18/2023) |
| 01/24/2023 | 22 | NOTICE of Appearance by Paul B. Lewis on behalf of Microsoft Corporation (Lewis, Paul) (Entered: 01/24/2023) |
| 01/24/2023 | 23 | CORPORATE DISCLOSURE STATEMENT by Microsoft Corporation. (Lewis, Paul) (Entered: 01/24/2023) |
| 01/25/2023 | 24 | Joint MOTION for Extension of Time to March 13, 2023 to File Answer re 6 Amended Complaint,, by Dorothy Anderson, Board of Bar Overseers, Microsoft Corporation, Office of Bar Counsel, Matthew Stewart. (Attachments: # 1 Affidavit, # 2 Affidavit)(Marks, David) (Entered: 01/25/2023) |
| 01/30/2023 | 25 | Letter to Mr. Lewis from Harel Talasazan. (Currie, Haley) (Entered: 01/30/2023) |
| 01/30/2023 | 26 | Plaintiff's Objection to the mailing of the Amended Complaint and Opposition re 24 Joint MOTION for Extension of Time to March 13, 2023 to File Answer re 6 Amended Complaint,, filed by Harel Talasazan. (Currie, Haley) (Entered: 01/30/2023) |
| 01/30/2023 | 27 | MEMORANDUM of Reasons and Authorities in Support by Harel Talasazan to 26 Plaintiff's Objection to the mailing of the Amended Complaint and Opposition re 24 Joint MOTION for Extension of Time to March 13, 2023 to File Answer re 6 Amended Complaint (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Cover Letter)(Currie, Haley) (Entered: 01/30/2023) |
| 02/06/2023 | 28 | MOTION to Supplement Exhibit 5 of The Plaintiff's Memorandum of Reasons and Authorities in Support of Objection to the Mailing of the First Amended Complaint and Opposition to the Defendant's Joint Motion to Enlarge Time to File Responsive Pleading by Harel Talasazan. (Attachments: # 1 Exhibit 5.1, # 2 Cover Letter)(Currie, Haley) (Entered: 02/06/2023) |
| 02/06/2023 | 29 | NOTICE of Change of Address by Harel Talasazan (Currie, Haley) (Entered: 02/06/2023) |
| 02/06/2023 | 30 | Request for notice of default of Defendants Office of Bar Counsel and Board of Bar Overseers (Fed. R. Civ. P. 55(a)) by Harel Talasazan. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Cover Letter)(Currie, Haley) (Entered: 02/06/2023) |