FILED
IN CLERKS OFFICE
2023 FEB 16 AM 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

HAREL TALASAZAN, ESQ
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

2/12/2023

Via E-Mail to Assistant Clerk Haley Currie
-Electronic Case File Forward Service Notice
-Requested to:
DLA Piper LLP
Attn: Attorney Paul B Lewis
Paul.lewis@dlapiper.com

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
David.marks@mass.gov

United States District Court
        for the
District of Massachusetts
Attn: Haley Currie, Docket Clerk

One Courthouse Way, Suite 2300
Boston, MA 02210 USA

Re:   Case: 1:22-cv-11764-DJC


Madam Clerk Currie:

With regard to the above referenced case, please be advised that I have not received nor reviewed any order by the court in respect to the Motion for Extension of Time to file responsive pleading to the amended complaint.

As you know, I have sent a response in regard to the petition for discipline on or about 02/09/2023. I have shown that there is bad faith with regard to the insufficiency of the service of process of the petition for discipline, and I do not wish to implicate myself in any way whatsoever in the foregoing respect. Without any sort of order by the court, I may be fatally prejudiced to mount

a defense or move to dismiss the petition for discipline, if at all.

Kindly furnish the court's decision or order in this regard. If the matter is still under advisement, particularly in light of the response I had sent on or about 02/09/2023 please let me know as soon as possible.

Thank you for your time and anticipated cooperation.

I, Harel Talasazan, Declare under the penalty of perjury that the foregoing is true and correct. Signed this 12th day of February 2022 in Los Angeles, California.

_____
Harel Talasazan/ Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com

- 2 -

CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the persons listed below by USPS first class mail on _February 12, 2023_.

DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA

_____
Harel Talasazan, Plaintiff

520 N Kings Road Apt. 305

+ Los Angeles, California 90048

hareltala@gmail.com