FILED
IN CLERKS OFFICE

2023 FEB 21 PM 2: 38

U.S DISTRICT COURT
DISTRICT OF MASS.

HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

† ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS,
INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES,
AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF,
AND WITHIN, THE UNITED STATES OF AMERICA

2/16/2023

Via USPS Certified Legal Priority Mail

-Tracking No.     7022 2410 0000 8828 8749

-Return Receipt 9590 9402 7527 2098 3604 47


United States District Court
        for the
District of Massachusetts

Attn: Haley Currie, Docket Clerk (or Clerk of the court or
Judge Denise J Casper)

One Courthouse Way, Suite 2300
Boston, MA 02210 USA

Re:   Case: 1:22-cv-11764-DJC †

Madam Clerk Currie (or Clerk of the court or Judge Denise J
Casper):

I hope this finds you well. With regard to the above
referenced case, enclosed herewith is the letter mailed to
me which, for the second time, I must reject and return
because, as I have asserted before that, inter alia,
"Neopost" is a defunct and converted entity whose (director
and thereby) treasurer is based in France. Please be
advised that I am currently marshaling the evidence in this
respect, and as I have said before I do not wish to
implicate myself.

///
///

1

At least for the time being, please send all matters relating to the above referenced case to me via e-mail to my e-mail address above.

Sincerely Yours:

*[signature]*

Harel Talasazan

Enclosure: Original Envelope Attached with reference to later dated January 25, 2023 which + and/or † is made reference to and is incorporated herein as if fully set forth herein.

BCC AT A LATER DATE IS EXPRESSLY RESERVED