UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST          FIRST-CLASS
02/09/2023
US POSTAGE  $000.84

ZIP 02210
041M11127666



9004836050  C031