Harel Talasazan
520 N Kings Rd.
Apt. 305
Los Angeles, CA 90048

# Orders on Motions

## 1:22-cv-11764-DJC Talasazan v. Microsoft Corporation et al

ProSe

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 2/9/2023 at 1:46 PM EST and filed on 2/9/2023

**Case Name:** Talasazan v. Microsoft Corporation et al
**Case Number:** 1:22-cv-11764-DJC
**Filer:**
**Document Number:** 31(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re: [24] Motion for Extension of Time to Answer. Having considered Defendants' motion for extension of time to answer or otherwise respond to the complaint, D. 24, and Plaintiff's opposition to same, D. 27-28, the Court ALLOWS the motion and Defendants have until March 13, 2023 to answer or otherwise respond. (Hourihan, Lisa)**


**1:22-cv-11764-DJC Notice has been electronically mailed to:**

David R. Marks    david.marks@mass.gov, AdlawEFilings@state.ma.us

Paul B. Lewis    paul.lewis@dlapiper.com, hector.rivera@us.dlapiper.com, kara.race-moore@us.dlapiper.com, maryann.souza@us.dlapiper.com, paul-lewis-0899@ecf.pacerpro.com, sherry.faulkner@us.dlapiper.com

**1:22-cv-11764-DJC Notice will not be electronically mailed to:**

Harel Talasazan
520 N Kings Rd.
Apt. 305
Los Angeles, CA 90048

## Orders on Motions
1:22-cv-11764-DJC Talasazan v. Microsoft Corporation et al

ProSe

# United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 2/9/2023 at 1:48 PM EST and filed on 2/9/2023
**Case Name:** Talasazan v. Microsoft Corporation et al
**Case Number:** 1:22-cv-11764-DJC
**Filer:**
**Document Number:** 32(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re: [28] Motion to Supplement. Motion to supplement is DENIED as moot in light of the ruling on D. 24. (Hourihan, Lisa)**

**1:22-cv-11764-DJC Notice has been electronically mailed to:**

David R. Marks     david.marks@mass.gov, AdlawEFilings@state.ma.us

Paul B. Lewis     paul.lewis@dlapiper.com, hector.rivera@us.dlapiper.com, kara.race-moore@us.dlapiper.com, maryann.souza@us.dlapiper.com, paul-lewis-0899@ecf.pacerpro.com, sherry.faulkner@us.dlapiper.com

**1:22-cv-11764-DJC Notice will not be electronically mailed to:**

Harel Talasazan
520 N Kings Rd.
Apt. 305
Los Angeles, CA 90048

## Other Orders/Judgments
1:22-cv-11764-DJC Talasazan v. Microsoft Corporation et al

ProSe

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 2/9/2023 at 1:51 PM EST and filed on 2/9/2023
**Case Name:** Talasazan v. Microsoft Corporation et al
**Case Number:** 1:22-cv-11764-DJC
**Filer:**
**Document Number:** 33(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re [30] Request for notice of default filed by Harel Talasazan. The motion for default is DENIED in light of the Court's ruling on D. 24.(Hourihan, Lisa)**

**1:22-cv-11764-DJC Notice has been electronically mailed to:**

David R. Marks    david.marks@mass.gov, AdlawEFilings@state.ma.us

Paul B. Lewis    paul.lewis@dlapiper.com, hector.rivera@us.dlapiper.com, kara.race-moore@us.dlapiper.com, maryann.souza@us.dlapiper.com, paul-lewis-0899@ecf.pacerpro.com, sherry.faulkner@us.dlapiper.com

**1:22-cv-11764-DJC Notice will not be electronically mailed to:**

Harel Talasazan
520 N Kings Rd.
Apt. 305
Los Angeles, CA 90048