HAREL TALASAZAN, ESQ.
520 N KINGS ROAD Apt 305
+¹LOS ANGELES, CA 90048
HARELTALA@GMAIL.COM
(310) 254 4232

01/25/2023

Via USPS First Class Mail and via e-mail
DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447
Paul.lewis@dlapiper.com

Re:   Civil Action No. 1:22-CV-11764
      Notice Regarding Lack of ECF Access

Attorney Lewis:

I hope this finds you well. With regard to the above referenced case, please be advised that I do not have access to the ECF system. If I am a recipient for any notice or document in regard to the above referenced case, kindly e-mail and mail at the addresses above.

_____
Harel Talasazan

CC David Marks
CC Haley Currie
BCC AT A LATER DATE IS EXPRESSLY RESERVED

---

¹ "+" and/or " ✝ " means and/or signifies ALL RIGHTS, REMEDIES, OBLIGATIONS, ENDORSEMENTS, INDORSEMENTS, RECOURSE, PRIVELEGES, RECOUPMENTS, BOUNTIES, AND IMMUNITIES INCLUSIVELY IS RESERVED UNDER THE LAWS OF, AND WITHIN, THE UNITED STATES OF AMERICA