UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

HAREL TALASAZAN

Plaintiff,

v.

MICROSOFT CORPORATION,
OFFICE OF BAR COUNSEL,
BOARD OF BAR OVERSEERS,
DOROTHY ANDERSON,
MATTHEW STEWART, and
DOES 1-25

Defendants.

Civil Action No. 1:22-CV-11764-DJC

**PLAINTIFF'S OBJECTION TO DOCKET SHEET INSTRUCTION AND MOTION FOR ORDERLY SEQUENCED RULING AND CORRECTED DOCKET SHEET**

Pursuant to Rule 52 and Rule 12(d) of the Federal Rules of Civil Procedure, Plaintiff Harel Talasazan ("Talasazan") respectfully OBJECTS to the Docket Sheet Instruction "Responses due by 3/27/2023" and reserves (+) his rights. Talasazan moves the Court for an Orderly Sequenced Ruling and Corrected Docket Sheet.

1. On March 8, 2023 Talasazan filed a Motion in the instant case, for a ruling and/or order formally converting Defendant Microsoft Corporation's Fed. R. Civ. 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint For Its Failure to State a Claim [filed

1

February 28, 2023] into a Motion for Summary Judgment (referred to herein as "Motion to Convert"), and either:

[2.] Denying Defendant Microsoft Corporation's Converted Summary Judgment Motion as untimely under Rule 56 of the Federal Rules of Civil Procedure;

**OR**

[3.] Withholding ruling on Defendant Microsoft Corporation's Summary Judgment Motion, until Talasazan, has had a fair opportunity to conduct discovery, gather and submit responsive materials, and re brief the issues before the Court under Summary Judgment Standards, as provided under Rule 56 (a), (d), of the Federal Rules of Civil Procedure.

[Talasazan] [a]lternatively [had moved for an order], pursuant to Rules 6, 12, and 56 of the Federal Rules of Civil Procedure, striking the Affidavit of Paul B. Lewis In Support of Microsoft Corporation's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint For Its Failure to State a Claim on February 28, 2023 as Improper.

[Talasazan] [a]lternatively [had moved for an order] to enlarge the time within which Plaintiff may file a Opposition to, Defendant Microsoft's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint For Failure to State a Claim including and up to July 28, 2023.

The said Motion to Convert and Relief requested applies to all Defendants.

2. On March 13, 2023 Assistant Attorney General David R Marks filed state Defendants' Motion to Dismiss on behalf of Defendants Dorothy Anderson, Board of Bar Overseers, Office of Bar Counsel, [and/or] Matthew Stewart filed a Motion to Dismiss and

Memorandum in Support of the said Motion to Dismiss ("State Defendants' Motion to Dismiss"). Attorney Marks could have filed an answer on behalf of all state defendants, but did not.

3. On March 14, 2023 Talasazan received the case docket sheet in the instant case via e-mail from [and Talasazan thanks] Madam Clerk Currie. The said case docket sheet instructs Talasazan that, with regard to State Defendants' Motion to Dismiss, "Responses are due by 3/27/2023" at case docket sheet number (#) 44. Pursuant to Rule 52 and Rule 12(d) of the Federal Rules of Civil Procedure, Talasazan OBJECTS to the said instruction and (+) reserves his rights.

Pursuant to Rule 52 and Rule 12(d) of the Federal Rules of Civil Procedure, Talasazan moves the Court for an Orderly Sequenced Ruling holding all Defendants to the Motion to Convert and a Corrected Docket Sheet removing the said 14 day deadline. Grounds for this Motion are detailed in the Memorandum of reasons and authorities attached and filed concurrently herewith.

Dated: 03/15/2023

Respectfully Submitted,

_____
Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+Los Angeles, California 90048
hareltala@gmail.com

## CERTIFICATE REGARDING LOCAL RULE 7.1

I have conferred with Attorney Lewis, Attorney for Defendant Microsoft Corporation, and have attempted to confer with Attorney Marks, Attorney for named Defendants Dorothy Anderson, Board of Bar Overseers, Office of Bar Counsel, and Matthew Stewart pursuant to Local Rule 7.1, in an attempt to narrow or resolve the issue presented by the motion.

_____
Harel Talasazan, Plaintiff

## CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the persons listed below by USPS Certified or Certified Priority Mail and by E-Mail on March 15, 2023.

DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447
Paul.lewis@dlapiper.com

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA
David.marks@mass.gov

_____
Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com