UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS

HAREL TALASAZAN

    Plaintiff,

v.

MICROSOFT CORPORATION,
OFFICE OF BAR COUNSEL,
BOARD OF BAR OVERSEERS,
DOROTHY ANDERSON,
MATTHEW STEWART, and
DOES 1-25

    Defendants.

Civil Action No. 1:22-CV-11764-DJC

## PLAINTIFF'S MOTION TO AMEND THE OPPOSITION AND MEMORANDUM OF REASONS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO STATE DEFENDANTS MOTION TO DISMISS AND THE AFFIDAVIT IN SUPPORT OF OPPOSITION TO STATE DEFENDANT'S MOTION TO DISMISS

*Subject to and without waiving* Plaintiff's Motions under advisement before the Court, Plaintiff Harel Talasazan ("Talasazan") respectfully Moves to Amend the Opposition and Memorandum in Support of the Opposition to State Defendants Motion to Dismiss For Failure to State a Claim in the instant case, filed April 03, 2023.

1

Grounds for this Motion are set forth in the Motion for Leave to Amend Opposition to State Defendants Motion to Dismiss For Failure to State a Claim, including the reasons and authorities therein, filed in the instant case on April 03, 2023. Talasazan incorporates by reference those reasons and authorities therein as if fully set forth herein. OBJECTION. The State Defendants Motion to Dismiss should not be labeled as a "Motion to Dismiss for Lack of Jurisdiction". *See* Wilkins et al. v. United States No. 21-1164 (Decided March 28, 2023) by the United States Supreme Court (Pp. 3-12) therein.

A true and correct copy of the [Proposed Amended] Opposition to State Defendants Motion to Dismiss For Failure to State a Claim ("PA Opp State MTD") is attached and filed concurrently herewith. Amendments to the PA Opp State MTD is in **bold and underlined** text to signify the proposed changes, and text that is removed is ~~stricken~~ as such. A true and correct copy of the Opposition and Memorandum to State Defendants Motion to Dismiss For Failure to State a Claim ("Opp State MTD") without bold and underlined text and without stricken text is attached and filed concurrently herewith.

A true and correct copy of the [Proposed Amended] Declaration in Support of the Opposition and Memorandum to State Defendants Motion to Dismiss For Failure to State a Claim ("PA Aff. ISO Opp State MTD") is attached and filed concurrently herewith. Amendments to the PA Aff. ISO Opp State MTD is in **bold and underlined and italicized** text to signify the proposed changes and text that is removed is ~~stricken~~ as such.

///

///

A true and correct copy of the Declaration in Support of the Opposition and Memorandum to State Defendants Motion to Dismiss For Failure to State a Claim without bold and underlined text and without stricken text is attached and filed concurrently herewith.

Dated: APRIL 10, 2023

Respectfully Submitted,

Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com

## CERTIFICATE REGARDING LOCAL RULE 7.1

I have conferred with Attorney Lewis, Attorney for Defendant Microsoft Corporation, and have attempted to confer with Attorney Marks, Attorney for named Defendants Dorothy Anderson, Board of Bar Overseers, Office of Bar Counsel, and Matthew Stewart pursuant to Local Rule 7.1, in an attempt to narrow or resolve the issue presented by the motion.

_/s/ Harel Talasazan_
Harel Talasazan, Plaintiff

## CERTIFICATE OF SERVICE

I, Harel Talasazan, hereby certify that a true copy of the foregoing was served upon the persons listed below by USPS Certified or Certified Priority Mail and by E-Mail on APRIL 10, 2023.

DLA Piper LLP
Attn: Attorney Paul B Lewis
33 Arch Street 26th Floor
Boston, MA 02110-1447
Paul.lewis@dlapiper.com

Office of the Attorney General
Attn: Assistant Attorney General David Marks, Esq.
One Ashburton Place 18th Floor
Boston, MA 02108 USA
David.marks@mass.gov

_/s/ Harel Talasazan_
Harel Talasazan, Plaintiff
520 N Kings Road Apt. 305
+ Los Angeles, California 90048
hareltala@gmail.com