UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**HAREL TALASAZAN**

**V.** **CIVIL ACTION NO. 22-11764-DJC**

**MICROSOFT CORP., ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated June 21, 2023, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

June 21, 2023

/s/ Lisa M. Hourihan
Deputy Clerk